# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**LATASHA HILL**                                                                                                     **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 2:24-cv-107-KS-BWR**

**AUTO CLUB FAMILY INSURANCE COMPANY**                 **DEFENDANT**

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON AUTO CLUB FAMILY INSURANCE COMPANY'S FIFTH, SIXTH, SEVENTH, TENTH, FOURTEENTH, FIFTEENTH, SIXTEENTH, SEVENTEENTH, AND EIGHTEENTH AFFIRMATIVE DEFENSES

COMES NOW, the Plaintiff, Latasha Hill, and files this, her Motion for Partial Summary Judgment on Auto Club Family Insurance Company (hereinafter "AAA")'s Fifth, Sixth, Seventh, Tenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, and Eighteenth Affirmative Defenses and in support thereof state as follows:

Plaintiff submits the following motion in an effort to limit the issues to be tried. Plaintiff submits that she is entitled to judgment as a matter of law on Auto Club Family Insurance Company's Fifth, Sixth, Seventh, Tenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, and Eighteenth Affirmative Defenses. In support of her instant Motion, Plaintiff would submit her accompanying memorandum.

Respectfully submitted this the 15th day of April, 2025.

                                                                                         **Latasha Hill, Plaintiff**

                                                  BY:    <u>/s/ *P. Manion Anderson*</u>
                                                                        P. MANION ANDERSON, MSB 104250

P. MANION ANDERSON, MSB #104250
MCHARD ANDERSON, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
T: (601) 450-1715
F: (601) 450-1719
manderson@mchardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above and foregoing with the Court's ECF system which sent notification of such filing to all counsel of record.

This the 15th day of April 2025.

BY: /s/ *P. Manion Anderson*
COUNSEL OF RECORD