**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**LATASHA HILL**                                                                                               **PLAINTIFF**

**VS.**                                                                       **CIVIL ACTION NO. 2:24-cv-107-KS-BWR**

**AUTO CLUB FAMILY INSURANCE COMPANY**                                                    **DEFENDANT**

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND MOTION TO STAY PROCEEDINGS**

**COMES NOW**, P. Manion Anderson ("Anderson"), the firm McHard Anderson, PLLC, and files this his *Motion for Leave to Withdraw* as counsel of record for Plaintiff Latasha Hill, and in support would show the following:

1. The Plaintiff and Anderson have not been able to effectively communicate so that the ability to represent the Plaintiff has been impaired. Anderson further submits that additional reasons exist that justify withdrawal and that the attorney client relationship is irreparable. The withdrawing attorney and firm submit that good cause to withdraw exists.

2. There would be no prejudice to any party by allowing Anderson and his firm to withdraw.

3. The Plaintiff has been notified of the attorney's pending withdrawal and has been provided with a copy of this request.

4. Anderson requests that this matter be stayed for thirty (30) days so that Plaintiff, Latasha Hill, may retain the services of separate counsel.

WHEREFORE PREMISES CONSIDERED, Anderson and his firm pray the Court grants him leave to withdraw as attorney of record for Latasha Hill, and prays for general relief and any

other relief to which he is entitled but have not specifically prayed for. Anderson further prays that the Court stays proceedings for thirty (30) days to allow Plaintiff to retain the services of separate counsel.

Respectfully submitted this the 1st day of May 2025.

/s/ P. Manion Anderson
P. MANION ANDERSON, MSB #104250


P. MANION ANDERSON, MSB #104250
McHARD ANDERSON, PLLC
*Attorney for Plaintiff*
140 Mayfair Road, Ste 1500
Hattiesburg, MS 39402
T: 601.450.1715; F: 601.450.1719
Email: smchard@mchardlaw.com
Email: manderson@mchardlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the PACER system which sent notification of such filing to all counsel of record and to Latasha Hill at her last known address:

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
*Via: U.S Mail and Email: latashahill30047@yahoo.com*

On THIS the 1st day of May 2025.

/s/ P. Manion Anderson
COUNSEL OF RECORD