UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN 30 2025

BY ARTHUR JOHNSTON DEPUTY

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: June 30, 2025

REDLINED SECOND AMENDED COMPLAINT – COMPARISON TO ORIGINAL DOC. 1-2

### COUNT X – NEGLIGENT INSPECTION (YA ENGINEERING SERVICES, LLC)

52. YAES negligently:

- Relied on incomplete wind data (NOAA omitted, Ex. B1).
- Violated FRCP 702 by opining on roof condition without inspection (Ex. D).
- Did not include in his report that defendant's own adjuster notes lifted shingles and loose vinyl siding (Ex. N)

### COUNT XI – FRAUD/MISREPRESENTATION (AAA)

53. AAA fraudulently:

- Defendant's own adjuster notes lifted shingles and loose vinyl siding (Ex. N)
- Misrepresented policy terms to deny coverage (Miss. Code Ann. § 11-1-65).
- Altering coverage provisions without my knowledge and consent (Ex. O1).
- FRCP 9(b): Fraud in the factum with particularity (dates, documents, and contradictions cited (Ex. O1).

**KEY ALLEGATIONS**

1. YA Engineering's Negligent Inspection **(Count X)**
   - Flawed Methodology: Relied on CoreLogic's 42 mph wind data while omitting NOAA's Category 4 landfall data (estimated to be 150mph) (Ex. B1). Weather Underground report August 29, 2021 and August 30, 2021(Exhibit B & Exhibit C).

   - Violates:
     - → FRCP 26(a)(2)(B)(i): Expert reports must include "all facts or data considered."
     - → FRCP 702/Daubert: Unreliable methodology for roof assessment (YAES 25 Pages report filed April 15, 2025, Doc. 28) and Miss. UCR 26(b)(4)(B).
   - Fraudulent Omissions: Failed to disclose prior inspections showing identical storm damage. If prior inspections showed identical staining, YAES's conclusion that leaks were "preexisting" is misleading. Prior inspections showed identical post-storm damage.
   - No Sworn Affidavit=Inadmissible hearsay per Federal Rule of Evidence 602 & 702.
   - No firsthand inspection of original roof, therefore the assessment is junk science.

2. **AAA's Fraudulent Misrepresentation (Count XI)**
   - Concealment of Evidence: Withheld prior adjuster reports confirming storm damage.
   - Bad Faith Denial:
     4-year delay despite Proof of Loss (12/16/2021) for $44,221.23(Ex. L). UCC 1-304 violation.
   - Misrepresented policy exclusions while YAES admitted "wind-driven rain entry" (their submitted report: Ex. A, p. 6, YAES 25 Pages report filed April 15, 2025, Doc. 28).

**GOOD CAUSE FOR AMENDMENT**

1. **Evidence:**

   YAES's omissions (Ex. B, B1, & C) justify new count and AAA's claims manual (pending discovery) may justify new count too.

2. **No Prejudice:**

    Trial is set for **September 2025**. Defendant is not prejudiced.

3. **Justice Requires Amendment:**

    **FRCP 15(a)(2)**: Leave shall be freely given when justice so requires.

    **Miss. UCR 15(a)**: Amendments are favored to resolve disputes on merits.

4. Violations of The Unfair Claims Settlement Practices Act House Bill 643 (Exhibit M).

5. YAES's Inspection performed November 12, 2024, Report dated January 31, 2025, filed April 15, 2025 (Almost 2 weeks shy of a 3-months delay, showing bad faith).

6. Acting egregiously by ignoring evidence.

**CASE LAW AND STATUTES:**

Daubert v. Merrell Dow, 509 U.S. 579 (1993)-Negligent Inspection

FRCP 9(b)- Fraud/Misrepresentation

Maggio v. Zeitz, 234 F.2d 217 (5th Cir. 1956)-Bad Faith Delay

Miss. Code Ann. § 75-1-304-UCC Good Faith

Miss. Code Ann. § 83-5-35- Insurance Bad Faith/Misconduct

Federal Rules Of Civil Procedure 9(b)-Fraudulent Misrepresentation

Universal Life Ins. Co. v. Veasley, 610 So. 2d 290 (Miss. 1992)

NACA v. State Farm, 2020

Vandenberg v. Allstate, 200 So. 3d 997(Miss. 2016)

State Farm v. Campbell, 538 U.S. 408

Vandenberg v. Superior Court, 21 Cal. 4th 815

Miss. Code § 83-11-101

FRCP 15(a)(2)

FRCP 26(a)(2)(B)

Miss. UCR 26(b)(4)(B)

FRCP 11(b)

FRCP 702(a)

FRCP 702(d)

Mississippi Code 83-9-5

**Exhibits Referenced:**

**Ex. A:** Select Pages of the YAES Report (Select Pages Added to Redlined 2nd Amended Complaint, Full 25 Pages report is Docket No. 28-1, Dated 04/15/2025)).

**Ex. B1:** NOAA Wind Data (new).

**Ex. C:** AAA's Prior Inspection Reports.

**Ex. L:** Proof of Loss.

**Ex. H:** Policy Exclusions For My Covered Peril.

**Ex. M:** House Bill 643, Unfair Claims Settlement Practices Act

The Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and Reserves All Rights under UCC 1-308, Without Prejudice.

*Latasha Hill*
Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: June 30, 2025

## CERTIFICATE OF SERVICE

I, Latasha Hill, certify that on June 30, 2025, I will serve this Plaintiff's Motion For Leave To File Second Amended Complaint, Memorandum In Support Of Plaintiff's Motion For leave to File Second Amended Complaint, Affidavit in Support of Motion To Leave To Amend Second Complaint and Redlined Second Amended Complaint, on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email

Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
Civil Action No. 2:24-cv-107-KS-BWR
601-202-3262