IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| LATASHA HILL, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 2:24-cv-107-KS-BWR |
| vs. | ) |
| | ) Removed from Circuit Court of |
| AUTO CLUB FAMILY | ) Forrest County, Mississippi |
| INSURANCE COMPANY, | ) Civil Action No: 24-90 |
| | ) |
| Defendant. | ) |

_____

NOTICE OF SERVICE
_____

COMES NOW the Defendant, Auto Club Family Insurance Company ("Auto Club" or "Defendant"), and pursuant to Federal Rules of Civil Procedure, served the Plaintiff with a copy of the following on July 14, 2025:

**Auto Club Insurance Company's Responses to Plaintiff's First Request for Production of Documents.**

Respectfully submitted this the 15th day of July, 2025.

*s/ Priscilla K. Williams*
Priscilla K. Williams
*Attorney for Defendant*

**OF COUNSEL:**
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6588
Facsimile: (205) 328-7234
Email: PKW@csattorneys.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants, on this the 15th day of July, 2025.

Ms. Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401

                                            */s/ Priscilla K. Williams*
                                            OF COUNSEL