## RE: Inquiry

From: Pegues.Demarius (pegues.demarius@aaamissouri.com)

To: latashahill30047@yahoo.com

Date: Monday, May 3, 2021 at 02:37 PM CDT

Hey Ms Latasha, I just looked at it and saw the underwriters went and updated it to that. The notes say they increased the dwelling coverage so that it would be totally covered in the event of a total loss. I apologize that your premium increased but lord forbid something does happen in the future, you will be glad you are well covered.

Best regards,

Demarius Pegues
AAA Ms
7111 Southcrest Pkwy
Southaven Ms 38671
662-349-4021 Ext 103

From: Latasha Hill <latashahill30047@yahoo.com>
Sent: Monday, May 3, 2021 11:42 AM
To: Pegues.Demarius <Pegues.Demarius@aaamissouri.com>
Subject: Inquiry

ATTENTION: This e-mail came from an external source. Do not open attachments or click on links from unknown or unexpected emails.

When I printed my homeowners policy several days ago my annual premium was $1,282 and dwelling $101,000. Today I received a packet and now my annual premium is $1,452.00 and dwelling $132,000 😠 😡. WHY did it change without my authorization 😠?

*** Disclaimer ***
This communication (including all attachments) is solely for the use of the person to whom it is addressed and is a confidential AAA communication. If you are not the intended recipient, any use, distribution, printing, or copying is prohibited. If you received this email in error, please immediately delete it and notify the sender.

*[Handwritten: Exhibit 2: Email to agent regarding unauthorized and altered policy change]*