# AUTO CLUB FAMILY INSURANCE COMPANY

**AAA Insurance**

12901 North Forty Drive, St. Louis, MO 63141

## HOMEOWNERS DECLARATIONS

**AMENDMENT**

THIS DECLARATIONS CERTIFICATE IS PART OF YOUR POLICY. PLEASE KEEP IT WITH YOUR POLICY.

| YOUR AGENT INFORMATION: | TO REPORT A CLAIM: | POLICY NUMBER: P1-818261-1 |
|---|---|---|
| Demarius Pegues #1605-S083<br>7111 Southcrest Parkway, Suite 102<br>Southaven, MS 38671<br>(662) 349-4021 | 1-866-222-2378 | PREMIER POLICY |

**POLICY PERIOD:**
04/16/2021 TO 04/16/2022
(12:01 A.M. Standard Time)

**NAMED INSURED AND ADDRESS:**

Latasha Hill
PO Box 1148
Hattiesburg, MS 39403-1148

**AMENDMENT DATE:**
05/21/2021 ?

**CHANGE IN PREMIUM:**
$0.00

DATE PREPARED: 05/24/2021

## INSURED PROPERTY INFORMATION

8 Annie Christie Dr, Hattiesburg, MS 39401

| Primary Residence | Type of Construction: Frame | Year Built: 2008 |
|---|---|---|
| Age of Roof: 13 | Type of Roof: Composition / shingle | |

## SECTION I - PROPERTY COVERAGES | SECTION II - LIABILITY COVERAGES

| DWELLING<br>(Coverage A) | OTHER STRUCTURES<br>(Coverage B) | PERSONAL PROPERTY<br>(Coverage C) | LOSS OF USE<br>(Coverage D) | PERSONAL LIABILITY<br>Each Occurrence<br>(Coverage E) | MEDICAL PAYMENTS TO OTHERS<br>Each Person<br>(Coverage F) |
|---|---|---|---|---|---|
| $132,000 | $13,200 | $79,200 | $39,600, not to exceed 12 months from the date of loss | $100,000 | $1,000 |

### DEDUCTIBLE SECTION
(OTHER DEDUCTIBLES MAY APPLY - REFER TO POLICY)

$2,500 POLICY DEDUCTIBLE (Applies to Coverages A, B, C and D)
5% WINDSTORM OR HAIL DEDUCTIBLE
Applies to Coverage A Limit as follows: Deductible - $6,600.00

**TOTAL ANNUAL PREMIUM FOR THE POLICY PERIOD STATED**

$1,452.00

## MORTGAGE INFORMATION

| NAME & ADDRESS | PRIMARY/SECONDARY | LOAN NUMBER |
|---|---|---|
| Habitat For Humanity<br>PO Box 1092<br>Hattiesburg, MS 39401 | Primary | *1016 |

## FUTURE BILLING INFORMATION

| Date Due | Amount | Date Due | Amount | Date Due | Amount | Date Due | Amount | Date Due | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

FORM 5613-2 (01/2013)    SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

*Exhibit 3: unauthorized/altered policy*

| DECLARATIONS (CONTINUED) | POLICY #: P1-818261-1 | EFFECTIVE: 04/16/2021 TO 04/16/2022 |
|---|---|---|

## MANDATORY FORMS AND ENDORSEMENTS:

| | | |
|---|---|---|
| 5103 | 07/2011 | Premier Homeowners Policy |
| 5031MS | 09/2006 | Notice to Mississippi Insureds |
| CO0123 | 10/2016 | Special Provisions - Mississippi |
| PVYPLH | 10/2020 | Notice of Privacy |

## OPTIONAL FORMS AND ENDORSEMENTS / PREMIUM ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| **BASE POLICY PREMIUM** | | | | $ 1452 |
| CO0312 | 11/2017 | Windstorm or Hail Deductible 5% Windstorm or Hail Deductible Coverage A Deductible - $6,600.00 | | Included |
| CO0416 | 07/2005 | Premises Alarm or Fire Protection System | 15% Discount | Included |
| | | | | $1,452 |

THE FOLLOWING HAVE BEEN APPLIED TO YOUR POLICY:

AAA Membership Discount

Age of Home Factor

Auto/Home Discount

Protection Devices Discount

Exhibit 3

FORM 5613-2 (01/2013)

| DECLARATIONS (CONTINUED) | POLICY #: P1-818261-1 | EFFECTIVE: 04/16/2021 TO 04/16/2022 |
|---|---|---|
| | IMPORTANT MESSAGES | |

**LATE FEE**
We are implementing a $10 late fee that will be applied if payment has not been received by the due date, with the exception of the renewal bill.

You are currently receiving a 25% discount on your Premier Homeowners policy because you insure both your home and automobile(s) with us. If the automobile insurance policy is cancelled or non-renewed for any reason, the Premier Homeowners policy will be amended and the discount will be removed.

This policy contains a flood exclusion. Flood coverage may be purchased separately from the National Flood Insurance Program, if available in your area.

Exhibit 3

FORM 5613-2 (01/2013)