# PAYMENT NOTICE

**AUTO CLUB FAMILY INSURANCE COMPANY**
12901 North Forty Drive, St. Louis, MO 63141
**HOMEOWNERS POLICY PAYMENT NOTICE**

AAA Insurance

**AMENDMENT**

PLEASE MAKE CHECK PAYABLE TO A.C.F.I.C.  RETURN THIS NOTICE WITH PAYMENT  ALLOW 5 DAYS IF PAYING BY MAIL

POLICY NUMBER: P1-818261-1

POLICY PERIOD: 04/16/2021 TO 04/16/2022

DATE PREPARED: 05/24/2021

**THIS POLICY HAS BEEN PAID IN FULL.**

INSURED: Latasha Hill

Latasha Hill
PO Box 1148
Hattiesburg, MS 39403-1148

218182611 04162100000000000080809121212012001199999999

^ TEAR OFF RECEIPT ABOVE AND SEND IN WITH PAYMENT ^

---

# YOUR COPY

**AUTO CLUB FAMILY INSURANCE COMPANY**
12901 North Forty Drive, St. Louis, MO 63141
**HOMEOWNERS POLICY PAYMENT NOTICE**

AAA Insurance

**AMENDMENT**

RETAIN THIS NOTICE FOR YOUR RECORDS • SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

POLICY NUMBER: P1-818261-1

POLICY PERIOD: 04/16/2021 TO 04/16/2022

DATE PREPARED: 05/24/2021

THIS POLICY HAS BEEN PAID IN FULL.

NAMED INSURED: Latasha Hill

INSURED PROPERTY: 8 Annie Christie Dr
Hattiesburg, MS 39401

MAILING ADDRESS: Latasha Hill
PO Box 1148
Hattiesburg, MS 39403-1148

## IMPORTANT MESSAGES

Did you know you get special savings when you insure your home with the Auto Club Family Insurance Company and your vehicles with the Automobile Club Inter-Insurance Exchange?

Your AAA agent will be happy to review all your insurance needs to make sure you and your family are adequately protected. If you need any additional coverages, we can help identify these areas before a loss occurs.

Call your AAA Agent or your local AAA office to schedule a free review. We will customize an insurance package with competitive rates to suit your individual needs.

Your Agent: Demarius Pegues          Agent Phone: (662) 349-4021

FORM 5613-1 (04/2020)

Exhibit 4: Policy Paid in full payment notice