# AAA Insurance

**AUTO CLUB FAMILY INSURANCE COMPANY**
12901 North Forty Drive, St. Louis, MO 63141

**HOMEOWNERS DECLARATIONS**

AMENDMENT

THIS DECLARATIONS CERTIFICATE IS PART OF YOUR POLICY. PLEASE KEEP IT WITH YOUR POLICY.

| YOUR AGENT INFORMATION: | TO REPORT A CLAIM: | POLICY NUMBER: P1-818261-1 |
|---|---|---|
| Demarius Pegues  #1605-S083<br>7111 Southcrest Parkway, Suite 102<br>Southaven, MS 38671<br>(662) 349-4021 | 1-866-222-2378 | PREMIER POLICY |

**POLICY PERIOD:**
04/16/2021 TO 04/16/2022
(12:01 A.M. Standard Time)

**NAMED INSURED AND ADDRESS:**

Latasha Hill
PO Box 1148
Hattiesburg, MS 39403-1148

**AMENDMENT DATE:**
06/19/2021

**CHANGE IN PREMIUM:**
$411.00

DATE PREPARED: 07/28/2021

## INSURED PROPERTY INFORMATION

8 Annie Christie Dr, Hattiesburg, MS 39401

| Primary Residence | Type of Construction: Frame | Year Built: 2008 |
|---|---|---|
| Age of Roof: 13 | Type of Roof: Composition / shingle | |

### SECTION I - PROPERTY COVERAGES | SECTION II - LIABILITY COVERAGES

| DWELLING (Coverage A) | OTHER STRUCTURES (Coverage B) | PERSONAL PROPERTY (Coverage C) | LOSS OF USE (Coverage D) | PERSONAL LIABILITY Each Occurrence (Coverage E) | MEDICAL PAYMENTS TO OTHERS Each Person (Coverage F) |
|---|---|---|---|---|---|
| $132,000 | $13,200 | $79,200 | $39,600, not to exceed 12 months from the date of loss | $100,000 | $1,000 |

### DEDUCTIBLE SECTION
(OTHER DEDUCTIBLES MAY APPLY - REFER TO POLICY)

$2,500 POLICY DEDUCTIBLE (Applies to Coverages A, B, C and D)
5% WINDSTORM OR HAIL DEDUCTIBLE
Applies to Coverage A Limit as follows: Deductible - $6,600.00

**TOTAL ANNUAL PREMIUM FOR THE POLICY PERIOD STATED**

$1,950.00

### MORTGAGE INFORMATION

| NAME & ADDRESS | PRIMARY/SECONDARY | LOAN NUMBER |
|---|---|---|
| Habitat For Humanity<br>PO Box 1092<br>Hattiesburg, MS 39401 | Primary | *1016 |

### FUTURE BILLING INFORMATION

| Date Due | Amount | Date Due | Amount | Date Due | Amount | Date Due | Amount | Date Due | Amount |
|---|---|---|---|---|---|---|---|---|---|

FORM 5613-2 (01/2013)

*Exhibit 5: Unauthorized/altered policy increased again*

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| DECLARATIONS (CONTINUED) | POLICY #: P1-818261-1 | EFFECTIVE: 04/16/2021 TO 04/16/2022 |
|---|---|---|
| | IMPORTANT MESSAGES | |

**LATE FEE**
We are implementing a $10 late fee that will be applied if payment has not been received by the due date, with the exception of the renewal bill.

This policy contains a flood exclusion. Flood coverage may be purchased separately from the National Flood Insurance Program, if available in your area.

FORM 5613-2 (01/2013)   Exhibit 5