

Shop ⌄  Our Data  Support



# Checkout

## Order Details

**Wind Verification Reports** ✓   *9 digits?*

Insured/Property Owner: Latasha Hill
Address/Location: 8 Annie Christie Drive, Hattiesburg, MS 39401 US (31.2915926, -89.2853286)

🗑                                                           $39.95

### Coupon Code

[ Enter Coupon Code ]                   Apply

Subtotal                    $39.95
Tax ( Sales tax )           $0.00
**TOTAL**                   **$39.95**

## Payment Details

🔒 Secure, 1-click checkout with Link ⌄

Card number

[ 1234 1234 1234 1234 ]      VISA  MC  AMEX  DISCOVER

Expiration date

[ MM / YY ]

Full Billing Address (for state tax as applicable)

[ 8 Annie Christie Drive, Hattiesburg, MS, US ]

*Exhibit 6: Conflicting address coordinates when I entered my information into CoreLogic*