EXHIBIT A

# CoreLogic
## Weather Verification Services

## Wind Verification Report

| Claim or Reference # | 014843458 |
|---|---|
| Insured/Property Owner | Hill |
| Address | 8 Annie Christie Drive<br>Hattiesburg, MS 39401 |
| Coordinates | Latitude 31.291593, Longitude -89.285329 |
| Reported Date Of Loss | 08/29/2021 |
| Date Range | 01/17/2015 to 01/16/2025 |
| Report Generated | 01/17/2025 |

*(handwritten annotation: "8 digits ?" next to coordinates, which are highlighted)*

## Storm Events

| Date | At Location | Estimated Maximum Windspeed Within 1 Miles | Within 3 Miles | Within 5 Miles |
|---|---|---|---|---|
| 12/28/2024 | 53 MPH | 60 MPH | 72 MPH | 73 MPH |
| 12/27/2024 | 44 MPH | 46 MPH | 62 MPH | 64 MPH |
| 08/17/2024 | 58 MPH | 64 MPH | 66 MPH | 66 MPH |
| 07/18/2024 | 57 MPH | 60 MPH | 62 MPH | 62 MPH |
| 06/05/2024 | 56 MPH | 61 MPH | 64 MPH | 66 MPH |
| 06/04/2024 | 56 MPH | 60 MPH | 63 MPH | 63 MPH |
| 05/12/2024 | 60 MPH | 64 MPH | 70 MPH | 72 MPH |
| 01/08/2024 | 50 MPH | 57 MPH | 64 MPH | 65 MPH |
| 07/12/2023 | 58 MPH | 60 MPH | 63 MPH | 66 MPH |
| 06/14/2023 | 60 MPH | 62 MPH | 66 MPH | 68 MPH |
| 05/05/2023 | 65 MPH | 68 MPH | 72 MPH | 74 MPH |
| 12/14/2022 | 58 MPH | 62 MPH | 65 MPH | 65 MPH |
| 11/29/2022 | 53 MPH | 59 MPH | 61 MPH | 61 MPH |
| 08/24/2022 | 61 MPH | 64 MPH | 70 MPH | 73 MPH |
| 06/10/2022 | 65 MPH | 66 MPH | 67 MPH | 67 MPH |
| 05/25/2022 | 59 MPH | 60 MPH | 62 MPH | 64 MPH |
| 04/17/2022 | 64 MPH | 65 MPH | 66 MPH | 67 MPH |
| 04/13/2022 | 58 MPH | 59 MPH | 60 MPH | 61 MPH |
| 03/30/2022 | 64 MPH | 65 MPH | 67 MPH | 67 MPH |
| 08/29/2021 | 42 MPH | 45 MPH | 51 MPH | 58 MPH |
| 06/13/2021 | 65 MPH | 66 MPH | 67 MPH | 67 MPH |
| 04/23/2021 | 55 MPH | 58 MPH | 61 MPH | 62 MPH |

*(handwritten annotation at bottom: "Exhibit 7: Conflicting Coordinates on Corelogic report provided by Y/A Engineering")*

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025

|  | Estimated Maximum Windspeed | | | |
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| --- | --- | --- | --- | --- |
| 04/09/2021 | 61 MPH | 63 MPH | 67 MPH | 68 MPH |
| 03/17/2021 | 61 MPH | 63 MPH | 64 MPH | 64 MPH |
| 10/28/2020 | 61 MPH | 63 MPH | 64 MPH | 64 MPH |
| 08/16/2020 | 56 MPH | 58 MPH | 61 MPH | 64 MPH |
| 08/02/2020 | 53 MPH | 55 MPH | 61 MPH | 61 MPH |
| 06/25/2020 | 56 MPH | 57 MPH | 58 MPH | 62 MPH |
| 06/05/2020 | 55 MPH | 57 MPH | 59 MPH | 61 MPH |
| 05/24/2020 | 59 MPH | 60 MPH | 63 MPH | 64 MPH |
| 04/19/2020 | 65 MPH | 67 MPH | 71 MPH | 72 MPH |
| 01/11/2020 | 57 MPH | 59 MPH | 60 MPH | 61 MPH |
| 07/14/2019 | 57 MPH | 58 MPH | 64 MPH | 66 MPH |
| 06/25/2019 | 56 MPH | 58 MPH | 59 MPH | 59 MPH |
| 04/18/2019 | 60 MPH | 62 MPH | 63 MPH | 64 MPH |
| 03/10/2019 | 47 MPH | 53 MPH | 60 MPH | 60 MPH |
| 10/31/2018 | 63 MPH | 65 MPH | 67 MPH | 67 MPH |
| 09/04/2018 | 66 MPH | 68 MPH | 68 MPH | 68 MPH |
| 08/16/2018 | 58 MPH | 60 MPH | 61 MPH | 61 MPH |
| 07/31/2018 | 54 MPH | 55 MPH | 58 MPH | 58 MPH |
| 07/19/2018 | 59 MPH | 61 MPH | 65 MPH | 67 MPH |
| 06/09/2018 | 56 MPH | 59 MPH | 61 MPH | 64 MPH |
| 04/14/2018 | 64 MPH | 66 MPH | 67 MPH | 67 MPH |
| 03/29/2018 | 55 MPH | 57 MPH | 58 MPH | 58 MPH |
| 10/07/2017 | 58 MPH | 59 MPH | 60 MPH | 64 MPH |
| 08/30/2017 | 70 MPH | 73 MPH | 74 MPH | 75 MPH |
| 06/22/2017 | 54 MPH | 56 MPH | 59 MPH | 59 MPH |
| 06/16/2017 | 63 MPH | 65 MPH | 66 MPH | 68 MPH |
| 06/14/2017 | 62 MPH | 64 MPH | 65 MPH | 65 MPH |
| 05/21/2017 | 62 MPH | 65 MPH | 68 MPH | 70 MPH |
| 04/30/2017 | 52 MPH | 54 MPH | 58 MPH | 62 MPH |
| 04/22/2017 | 55 MPH | 57 MPH | 58 MPH | 58 MPH |
| 04/02/2017 | 56 MPH | 58 MPH | 59 MPH | 59 MPH |
| 03/29/2017 | 60 MPH | 61 MPH | 61 MPH | 62 MPH |
| 03/27/2017 | 52 MPH | 56 MPH | 58 MPH | 58 MPH |
| 01/20/2017 | 69 MPH | 72 MPH | 73 MPH | 73 MPH |
| 01/02/2017 | 62 MPH | 63 MPH | 64 MPH | 64 MPH |
| 09/25/2016 | 61 MPH | 62 MPH | 64 MPH | 64 MPH |
| 07/06/2016 | 58 MPH | 61 MPH | 63 MPH | 63 MPH |
| 06/17/2016 | 64 MPH | 65 MPH | 66 MPH | 66 MPH |

Exhibit 7

Hill Residence  
Claim No. 014843458

YAES No. ES-20244053  
January 31, 2025

**EXHIBIT A**

|  | | Estimated Maximum Windspeed | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| 05/19/2016 | 56 MPH | 58 MPH | 61 MPH | 62 MPH |
| 04/14/2016 | 52 MPH | 54 MPH | 59 MPH | 60 MPH |
| 03/31/2016 | 57 MPH | 60 MPH | 62 MPH | 64 MPH |
| 03/30/2016 | 60 MPH | 61 MPH | 63 MPH | 63 MPH |
| 03/17/2016 | 56 MPH | 57 MPH | 60 MPH | 63 MPH |
| 02/23/2016 | 61 MPH | 63 MPH | 65 MPH | 66 MPH |
| 02/15/2016 | 61 MPH | 63 MPH | 64 MPH | 64 MPH |
| 10/31/2015 | 62 MPH | 67 MPH | 70 MPH | 70 MPH |
| 08/08/2015 | 48 MPH | 51 MPH | 58 MPH | 59 MPH |
| 07/30/2015 | 53 MPH | 55 MPH | 58 MPH | 65 MPH |
| 07/05/2015 | 60 MPH | 61 MPH | 63 MPH | 64 MPH |
| 07/04/2015 | 57 MPH | 62 MPH | 65 MPH | 66 MPH |
| 04/15/2015 | 53 MPH | 56 MPH | 61 MPH | 62 MPH |

- Wind dates begin at 6am CST on the indicated day and end at 6am CST the following day.
- Report contains all events where wind of 58 MPH or greater was detected within 3 miles of the location.
- Wind speeds within this report represent 3-second wind gusts at 10 meters, starting at 40 MPH and increasing in 1 MPH increments.
- Date of loss field will ignore the normal threshold of 58 MPH within 3 miles, and will report any wind speed down to 40 MPH.
- Date of loss is now a 72-hour window around the specified date. The report will show the highest wind speed detected within this window and list the relevant date. If wind occurs 24 hours before or after, those dates will also be included.

Exhibit 7