UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 15 2025
BY ARTHUR JOHNSTON
DEPUTY

**Latasha Hill,**
*Plaintiff*

v.

**AUTO CLUB FAMILY INSURANCE COMPANY,**
*Defendant.*

Case No.: 2:24-cv-00107-KS-BWR
Date: July 15, 2025

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF CLAIMS MANUAL AND SUPPLEMENTAL RESPONSES TO DISCOVERY REQUESTS

Plaintiff, Latasha Hill, proceeding propria persona, pursuant to Federal Rules of Civil Procedure 26, 34,and 37, and Local Uniform Civil Rule 37(a) of the United States District Court for the Southern District of Mississippi, respectfully moves this Court to compel Defendant Auto Club Family Insurance Company ("Defendant") to produce the Claims Manual and related claims handling documents responsive to Plaintiff's Requests for Production.

In support, Plaintiff states as follows:

1. Plaintiff served discovery requests, including requests for the Defendant's Claims Manual and related documents directly relevant to Plaintiff's claims of bad faith, breach of contract, and unfair

claims practices.

2. Defendant has failed to produce the Claims Manual and related claims handling documents,

claiming untimeliness without addressing its ongoing duty under Rule 26(e) to supplement responses.

3. Federal Rule of Civil Procedure 26(e)(1) imposes a continuing duty to supplement incomplete responses, regardless of the discovery deadline.

4. The Claims Manual and related documents are highly relevant under Rule 26(b)(1) and routinely ordered for production in insurance cases involving allegations of bad faith.

5. Plaintiff has made good-faith efforts to resolve this dispute, including offering to meet and confer via a recorded teleconference, as required by Rule 37(a)(1) and L.U.Civ.R. 37(a).

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Compel Defendant to produce the Claims Manual and related claims handling materials within three days;

B. Compel Defendant to provide a privilege log under Rule 26(b)(5)(A) for any withheld documents;

C. Award Plaintiff reasonable costs associated with this motion under Rule 37(a)(5);

D. Grant any other relief deemed just and proper.

Respectfully submitted this 15th day of July, 2025.

By: /s/ Latasha Hill
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

## Notary Witness and Acknowledgement

United States of America  }
State of Mississippi        }   s.a.
County of Forrest          }

Today before me, a Commissioned Notary, is the living, flesh and blood, and natural woman known to be Latasha Hill and she did issue this Formal Motion To Compel and she also affirmed her testimony as shown before me this __15__ day of __July__ in the year 2025, in Witness whereof I set my Signature and Seal:

__Tammy Holmes__
Public Notary Printed Name

__July 15, 2025__
Date

__Tony S__
Public Notary Signature

__July 29, 2025__
Commission Expire

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 87842
TAMMY HOLMES
Commission Expires
July 29, 2025
FORREST COUNTY

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

**Plaintiff,**

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

**Defendant.**

Case No.: 2:24-cv-00107-KS-BWR

Date: July 15, 2025

CERTIFICATE OF SERVICE

**Motion For Sanctions Pursuant To FRCP 26, 34, 37 and L.U.Civ.R.37(a) For Defendant's Bad Faith Discovery Violations**

This letter serves as formal notice of Plaintiff's Motion To Compel against you and your client for violations. I, Latasha Hill, certify that on July 15, 2025, I will serve this Motion To Compel, on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email

Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By: /s/ Latasha Hill
Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
Civil Action No. 2:24-cv-107-KS-BWR
601-202-3262