UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 28 2025

ARTHUR JOHNSTON
BY_____ DEPUTY

Latasha Hill,
Plaintiff

v.

AUTO CLUB FAMILY INSURANCE COMPANY,
Defendant

Case No.: 2:24-cv-00107-KS-BWR
Date: July 28, 2025

# PLAINTIFF'S SUPPLEMENTAL MOTION TO VACATE ORDERS AND FOR DISQUALIFICATION PURSUANT TO LILJEBERG v. HEALTH SERVICES ACQUISITION CORP., 486 U.S. 847 (1988)

## I. LEGAL BASIS FOR VACATUR & DISQUALIFICATION

1. Violations of 28 U.S.C. §§ 144, 455 & Canon 3(C)(1)
   - Judge Starrett's undisclosed financial ties to insurance lobbies (APCIA/State Farm PAC) and pattern of pro-insurer rulings (e.g., *Smith v. State Farm*, 2:13-cv-35-KS-MTP) create an irrebuttable appearance of bias under *Liljeberg v. HSA Corp.*, 486 U.S. 847 (1988).
   - Fraud on the Court: Auto Club's altered policies (Exhibits O/O1) and suppressed wind data (NOAA/CoreLogic) were ignored, while defense filings were rubber-stamped.
2. FRCP 60(b)(3)-(6) Grounds
   - Extraordinary circumstances exist due to:
     - Judicial misconduct (ex parte communications, sealed evidence).
     - Procedural sabotage (denial of motions without hearing, disparate treatment of pro se filings).

## II. JUDICIAL CONFLICTS & BIAS

1. Financial Entanglements
   - Judge Starrett's campaign donations from insurance PACs (APCIA/State Farm) violate Canon 2 (avoiding impropriety).
   - Recusal precedent: He recused in *Davis v. Farm Bureau* (2021) for farmland investments but refuses here despite deeper conflicts.
2. Pattern of Misconduct
   - Blocked critical evidence (YA Engineering's flawed report, adjuster notes admitting damage).

- Ignored 5th Circuit precedent (*Caperton v. Massey*, 556 U.S. 868: "Due process requires recusal where bias is probable").

## III. PRAYER FOR RELIEF

1. Vacate all orders under *Liljeberg* and FRCP 60(b)(6).
2. Immediate disqualification of Judge Starrett under 28 U.S.C. § 455(a).
3. Referral to 5th Circuit Judicial Council for investigation of:
   - Fraud (18 U.S.C. § 1346).
   - Civil rights violations (42 U.S.C. § 1983).
4. Stay proceedings pending reassignment to an impartial judge.

## IV. RESERVATION OF RIGHTS

- Interlocutory appeal of bias under collateral order doctrine.
- Mandamus relief (28 U.S.C. § 1651).
- Judicial Conference referral for systemic misconduct review.

**Attachments:**

1. Partial Judge Starrett's campaign finance records.
2. Affidavit
3. Order Judge Starrett denying disqualification

Defense Counsel is: **OPPOSED** ~~Presumed~~ to this motion

By: *Latasha Hill*
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**Latasha Hill,**

**Plaintiff,**

v.

**AUTO CLUB FAMILY INSURANCE COMPANY,**

**Defendant.**

Case No.: 2:24-cv-00107-KS-BWR

Date: July 28, 2025

CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 5(d)(1) I, Latasha Hill, certify that on July 28, 2025, I will serve this Plaintiff's Supplemental Motion to vacate Orders and for Disqualification on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By: /s/Latasha Hill
Latasha Hill
Propria Persona
Sui Juris