*Exhibit 1 - (Conflict of Interest)* (handwritten)

Donate

# Donor Lookup

Please note that contribution data on Donor Lookup is currently limited for 2024. Depending on the type of filer, the most recent contributions available will be between June 30 and August 31, 2024. We are working to update this section as soon as possible.

First and Last Name of Donor

Advanced Search

Displaying records **1 - 33** of 33.
(Note: We only display the first 500 records. Need more? Please contact us requests@opensecrets.org.)

| Category | Contributor | Employer | Occupation | Date | Amount | Recipient | Recipient Jurisdiction |
|---|---|---|---|---|---|---|---|
| Money to Candidates | MISSISSIPPI POWER CO<br>JACKSON, MS 39284 | | PAC | 06-15-2000 | $500 | STARRETT, KEITH (N) | MS |
| Money to Candidates | MISSISSIPPI CONCRETE INDUSTRIES ASSOCIATION<br>RIDGELAND, MS 39157 | | PAC | 06-26-2000 | $1,000 | STARRETT, KEITH (N) | MS |
| Money to Candidates | INDEPENDENT INSURANCE AGENTS OF MISSISSIPPI<br>JACKSON, MS 39225 | | PAC | 08-11-2000 | $250 | STARRETT, KEITH (N) | MS |

*Tied to the defendant's industry* (handwritten)

Exhibit 1

| Category | Contributor | Employer | Occupation | Date | Amount | Recipient | Recipient Jurisdiction |
|---|---|---|---|---|---|---|---|
| | ASSOCIATION JACKSON, MS 39236 | | | Donate | | | |
| Money to Candidates | MISSISSIPPI PHYSICIANS ASSOCIATION JACKSON, MS 39296 | | PAC | 09-12-2000 | $5,000 | STARRETT, KEITH (N) | MS |
| Money to Candidates | MISSISSIPPIANS FOR CIVIL JUSTICE REFORM JACKSON, MS 39236 | | PAC | 09-01-2000 | $2,000 | STARRETT, KEITH (N) | MS |
| Money to Candidates | NATIONAL FEDERATION OF INDEPENDENT BUSINESS JACKSON, MS 39216 | | PAC | 11-06-2000 | $1,000 | STARRETT, KEITH (N) | MS |
| Money to Candidates | MISSISSIPPI ASSOCIATION OF REALTORS BRANDON, MS 39047 | | PAC | 10-31-2000 | $1,500 | STARRETT, KEITH (N) | MS |

DONATE

**FEDERAL LAW PROHIBITS THE USE OF CONTRIBUTOR INFORMATION FOR THE PURPOSE OF SOLICITING CONTRIBUTIONS OR FOR ANY COMMERCIAL PURPOSE.**

| Category | Contributor | Employer | Occupation | Date | Amount | Recipient | Recipient Jurisdiction |
|---|---|---|---|---|---|---|---|
| Money to Candidates | BELLSOUTH JACKSON, MS 39205 | | PAC | 09-26-2000 | $500 | STARRETT, KEITH (N) | MS |
| Money to Candidates | MISSISSIPPI JUSTICE PAC JACKSON, MS 39296 | | PAC | 08-15-2000 | $5,000 | STARRETT, KEITH (N) | MS |

linked to tort reform and corporate liability limits

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Money to Candidates | MISSISSIPPI HOSPITAL ASSOCIATION JACKSON, MS 39236 | | PAC | 10-23-2000 | $2,000 | STARRETT, KEITH (N) | MS |
| Money to Candidates | BANCORP SOUTH TUPELO, MS 38802 | | PAC | 09-26-2000 | $1,000 | STARRETT, KEITH (N) | MS |
| Money to Candidates | US OIL & GAS ASSOCIATES JACKSON, MS 39202 | | PAC | 10-17-2000 | $500 | STARRETT, KEITH (N) | MS |

EXHIBIT 1 *(handwritten)*

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 17 | Name of Person Reporting<br>Starrett, Keith | Date of Report<br>05/11/2022 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2021 | Mississippi State Employees Pension | $35,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University<br>Antonin Scalia Law School | March 7-10, 2021 | Destin, FL | Judicial Symposium on Scientific Methodology & the Admissibility of Expert Testimony | Transportation, meals, lodging |
| 2. | George Mason University<br>Antonin Scalia Law School | February 16-19, 2021 | Napa, CA | Biden Antitrust & Beyond: Emerging Competition Issues for the 2020's | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

*Handwritten annotations:*
- (pointing to row 1 source): "promote partisan legal frameworks funded by corporate aligned groups"
- (pointing to row 2 source): "promote partisan legal frameworks funded by corporate aligned groups"
- (near row 4): "Judicial Canon 2 violations"

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 7 of 17 | Starrett, Keith | 05/11/2022 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobil (XOM) | C | Dividend | K | T | Buy (add'l) | 03/10/21 | J | | |
| 53. FLIR Systems (FLIR) | | None | | | Sold | 01/13/21 | K | | |
| 54. Fly Leasing LTD (FLY) | | None | | | Sold | 01/22/21 | J | | |
| 55. Ford Motor Company (F) | A | Dividend | L | T | | | | | |
| 56. General Motors (GM) | | None | L | T | | | | | |
| 57. Hawaiian Holdings (HA) | | None | | | Sold | 02/19/21 | K | | |
| 58. II-VI INC (IIVI) | | None | J | T | Buy | 05/28/21 | J | | |
| 59. IMPINJ Inc (PI) | | None | K | T | Sold (part) | 02/19/21 | K | | |
| 60. | | | | | Buy (add'l) | 04/23/21 | K | | |
| 61. | | | | | Sold (part) | 09/21/21 | J | | |
| 62. | | | | | Sold (part) | 10/12/21 | J | | |
| 63. | | | | | Sold (part) | 11/02/21 | J | | |
| 64. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 04/20/21 | K | | |
| 65. Kinder Morgan Inc (KMI) | B | Dividend | K | T | Buy (add'l) | 01/13/21 | J | | |
| 66. Kornit Digital (KRNT) | | None | | | Sold | 01/22/21 | J | | |
| 67. Luminar Technologies Inc (LAZR) | A | Dividend | K | T | Buy (add'l) | 03/11/21 | J | | |
| 68. | | | | | Buy (add'l) | 04/23/21 | J | | |

1 Income Gain Codes:  A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000      D =$5,001 - $15,000       E =$15,001 - $50,000
 (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
 (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
 (See Column C2)  U =Book Value  V =Other  W =Estimated

*Exhibit 1* (handwritten)

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 21 | Name of Person Reporting<br>Starrett, Keith | Date of Report<br>05/15/2023 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2022 | Mississippi State Employees Pension | $38,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. George Mason Center for Law and Economics | August 24-29, 2022 | London, UK | Judicial Education | Lodging, meals |
| 2. *funded by corporate aligned groups* (handwritten) | | | | |
| 3. *Judicial Canon 2 violation* (handwritten) | | | | |
| 4. | | | | |
| 5. | | | | |

Exhibit 1

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 7 of 21 | Starrett, Keith | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Dupont De Nemours Inc (DD) | A | Dividend | J | T | | | | | |
| 53. | EOG Resources Inc (EOG) | C | Dividend | L | T | | | | | |
| 54. | Exxon Mobil (XOM) | B | Dividend | L | T | | | | | |
| 55. | Ford Motor Company (F) | B | Dividend | K | T | | | | | |
| 56. | General Motors (GM) | A | Dividend | K | T | | | | | |
| 57. | IMPINJ Inc (PI) | | None | K | T | Sold (part) | 08/19/22 | K | | |
| 58. | Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |
| 59. | Kinder Morgan Inc (KMI) | B | Dividend | K | T | | | | | |
| 60. | Laredo Pete Inc (LPI) | | None | K | T | Buy | 01/14/22 | J | | |
| 61. | | | | | | Buy (add'l) | 03/14/22 | J | | |
| 62. | | | | | | Buy (add'l) | 03/31/22 | J | | |
| 63. | | | | | | Buy (add'l) | 04/07/22 | J | | |
| 64. | | | | | | Buy (add'l) | 04/12/22 | J | | |
| 65. | Luminar Technologies Inc (LAZR) | | None | J | T | | | | | |
| 66. | Lyondellbasell Inds F (LYB) | A | Dividend | J | T | Buy | 01/06/22 | J | | |
| 67. | Micron Technology (MU) | A | Dividend | K | T | | | | | |
| 68. | Newmont Goldcorp (NEM) | B | Dividend | K | T | Sold (part) | 04/14/22 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 18 | Starrett, Keith | 08/13/2024 |

## III. NON-INVESTMENT INCOME. 
*(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2023 | Mississippi State Employees Pension | $39,663.31 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | March 3-10, 2023 | Destin, FL | Educational Seminar | Transportation, Meals, Lodging |
| 2. | promote partisan legal frameworks | | | | |
| 3. | funded by corporate aligned groups | | | | |
| 4. | Judicial Canon 2 violation | | | | |
| 5. | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 7 of 18 | Starrett, Keith | 08/13/2024 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 52. | Dupont De Nemours Inc (DD) | A | Dividend | K | T | | | | |
| 53. | EOG Resources Inc (EOG) | C | Dividend | L | T | Sold (part) | 07/21/23 | K | |
| 54. | Exxon Mobil (XOM) | B | Dividend | L | T | | | | |
| 55. | Ford Motor Company (F) | C | Dividend | K | T | | | | |
| 56. | General Motors (GM) | A | Dividend | K | T | | | | |
| 57. | IMPINJ Inc (PI) | | None | K | T | | | | |
| 58. | Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | |
| 59. | Kinder Morgan Inc (KMI) | B | Dividend | K | T | | | | |
| 60. | Luminar Technologies Inc (LAZR) | | None | J | T | Buy (add'l) | 02/03/23 | J | |
| 61. | | | | | | Buy (add'l) | 02/28/23 | J | |
| 62. | Lyondellbasell Inds F (LYB) | A | Dividend | J | T | | | | |
| 63. | Micron Technology (MU) | A | Dividend | K | T | Sold (part) | 05/19/23 | K | |
| 64. | Newmont Goldcorp (NEM) | B | Dividend | K | T | Buy (add'l) | 01/04/23 | J | |
| 65. | | | | | | Buy (add'l) | 03/13/23 | J | |
| 66. | Ovintiv INC (OVV) | A | Dividend | J | T | Sold (part) | 02/28/23 | J | |
| 67. | Pan Amern Silver Corp (PAAS) | A | Dividend | K | T | | | | |
| 68. | Peabody Energy Corporation (BTU) | A | Dividend | L | T | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |