IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LATASHA HILL**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO. 2:24-CV-107-KS-BWR**

**AUTO CLUB FAMILY INSURANCE COMPANY, ET AL.**     **DEFENDANTS**

# ORDER

Pursuant to the Order [98] entered in this matter, the pretrial conference and the trial of this case are hereby rescheduled, as follows:

1. Pretrial Conference: January 15, 2026, at 9:00 a.m. in Courtroom 1 of the United States District Courthouse, Hattiesburg, Mississippi, before United States District Judge Keith Starrett.

2. Jury trial: the two-week term of Court beginning February 2, 2026, in Courtroom 1 of the United States District Courthouse, Hattiesburg, Mississippi, before United States District Judge Keith Starrett.

SO ORDERED AND ADJUDGED, this 31st day of July, 2025.

                                          */s/Keith Starrett*
                                          KEITH STARRETT
                                          UNITED STATES DISTRICT JUDGE