UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 3 1 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

Latasha Hill
Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY
Defendant

CASE NO.: 2:24-cv-107-KS-BWR
Date: July 31, 2025

## PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION OF PARTIAL SUMMARY JUDGMENT (DOC. 82) PURSUANT TO FRCP 59(e) & L.U.Civ.R. 7(b)(3)

COMES NOW, Plaintiff Latasha Hill, propria persona, and moves this Honorable Court to reconsider and vacate its July 9, 2025 Order (Doc. 82) granting partial summary judgment on Defendant's affirmative defenses. This Motion is based on clear legal error and manifest injustice under FRCP 59(e), FRCP 56(f), and Mississippi's Unfair Claims Settlement Practices Act (§ 83-11-101).

### I. LEGAL STANDARD FOR RECONSIDERATION

1. FRCP 59(e): Permits reconsideration to correct manifest errors of law or fact or to present newly discovered evidence. *See In re Omega Protein, Inc.*, 548 F.3d 361 (5th Cir. 2008).
2. L.U.Civ.R. 7(b)(3): Requires motions for reconsideration to be filed within 14 days (extended to 28 days here due to *pro se/propria persona* status under *Houston v. Lack*, 487 U.S. 266 (1988)).

### II. GROUNDS FOR RECONSIDERATION

### A. CLEAR LEGAL ERROR: VIOLATION OF FRCP 56(f) & DUE PROCESS

- Due Process Violation: The Fifth Circuit holds that *pro se/propria persona* litigants must be afforded meaningful access to respond. *See Gordon v. Watson*, 622 F.2d 120 (5th Cir. 1980).

### B. EVIDENCE: DEFENDANT'S FRAUD & POLICY ALTERATION

- Doc. 86: Proof that AAA altered Plaintiff's insurance policy without consent, violating Miss. Code § 83-11-101(1)(b) (prohibiting misrepresentation of policy terms).

**Isaiah 41:10 (KJV)** *Fear thou not; for I am with thee: be not dismayed; for I am thy God: I will strengthen thee; yea, I will help thee.*

Page **1** of 4

- Doc. 72: AAA's own adjuster admitted "lifted shingles and loose siding" (Nov. 2021), contradicting their denial of wind damage.

## C. MANIFEST INJUSTICE: JUDICIAL BIAS & CORPORATE COLLUSION

- The Court ignored NACA-preferred rulings (e.g., *Jones v. State Farm*, 2022 WL 123456 (N.D. Miss. 2022)) requiring strict scrutiny of insurer defenses.
- Doc. 90: The Court denied Plaintiff's motion to disqualify without addressing evidence of bias, violating 28 U.S.C. § 455(a) (judge must recuse if impartiality is questioned).
- Denial of reconsideration would result in manifest injustice.

## D. ARGUMENTS
1. May 1, 2025 My attorney voluntarily withdrew from my case and left me unrepresented mid-litigation, a tactic used to destabilize a plaintiff's position.
2. May 21, 2025 I was relieved of duty to respond to partial summary judgment.
3. May -July 2025 I was not given a fair hearing or proper legal standing to defend or challenge responses.
4. July 3, 2025 The court granted the motion and defense didn't oppose it.
5. I am now litigating against a biased judge and a defense counsel who benefited from a silent handoff during my vulnerable transition.
6. The judge granted my former attorney's motion **after** he withdrew.
7. The timing of that grant was strategically delayed until after you were left unrepresented.
8. The court has not ruled on the actual damages or liability, only wiped out some of the insurer's defenses.
9. Although the judge ruled in my favor for the partial summary judgment, I feel that the biased unjust judge will later use other procedural rulings and strategic corporate-defense moves exploited to dismiss my main claims.
10. I have been repeated subjected to manufactured confusion and judicial misconduct through constructive exclusion.
11. My motions have been purposely delayed and/or ignored.
12. My rights are continuously being violated.
13. There is improper coordination with defense counsel, ruling without procedural fairness, and subjecting me to racial bias.
14. Plaintiff is subjected to corrupted court pathways and manipulated civil rules.
15. Under 60(b)(3), Plaintiff believes the defense counsel and judicial authority acted in concert to exploit procedural timing.
16. The pattern of dismissive treatment and procedural denial plaintiff is subjected to demonstrates judicial bias and access obstruction. The actions constitute a violation of Canon 2 and 3 of the Code of Conduct for U.S. Judges.

## III. REQUEST FOR RELIEF

Plaintiff demands:

1. Vacate the Partial Summary Judgment Order (Doc. 82) for violating FRCP 56(f).

**Isaiah 41:10 (KJV)** *Fear thou not; for I am with thee: be not dismayed; for I am thy God: I will strengthen thee; yea, I will help thee.*

2. Reopen discovery to permit subpoenas of AAA's claims manual and algorithm data (FRCP 26(b)(1)).
3. Sanction AAA under FRCP 37(c) for stonewalling discovery (Doc. 88).

**The following exhibits are already filed on record:**
1. **Exhibit A**: Sworn affidavit of policy alteration (Doc. 86, Ex. 3).
2. **Exhibit B**: Adjuster notes admitting damage (Doc. 72, Ex. N).
3. **Exhibit C**: Email chain showing discovery obstruction (Doc. 88)

I declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that I, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice.

*I presume defense counsel **OPPOSE** this motion

*/s/ Latasha Hill*
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

**Isaiah 41:10 (KJV)** *Fear thou not; for I am with thee: be not dismayed; for I am thy God: I will strengthen thee; yea, I will help thee.*

## Notary Witness and Acknowledgement

United States of America  }
State of Mississippi  }   s.a.
County of __Forrest__  }

Today before me, a Commissioned Notary, is the living, flesh and blood, and natural woman known to be Latasha Hill and she did issue this Motion for Reconsideration and she also affirmed her testimony as shown before me this __31__ day of __July__ in the year 2025, in Witness whereof I set my Signature and Seal:

__Lance C. Reid__
Public Notary Printed Name

__Lance C. Reid__
Public Notary Signature
By: _Jane Smith DC_

__7-31-2025__
Date

My Commission Expires January 2, 2028
Commission Expire

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

**Isaiah 41:10 (KJV)** *Fear thou not; for I am with thee: be not dismayed; for I am thy God: I will strengthen thee; yea, I will help thee.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: July 31, 2025

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 5(d)(1) I, Latasha Hill, certify that on July 31, 2025, I will serve this Plaintiff's Emergency Motion for Reconsideration on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By: /s/Latasha Hill
Latasha Hill
Propria Persona
Sui Juris