UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 31 2025
ARTHUR JOHNSTON
BY          DEPUTY

**Latasha Hill**, Plaintiff

v.

AUTO CLUB FAMILY INSURANCE COMPANY, Defendant

Case No.: 2:24-cv-00107-KS-BWR
Date: July 31, 2025

## BIBLICAL AFFIDAVIT OF STANDING AND DECLARATION OF SCRIPTURAL REBUKE

**COMES NOW** Plaintiff Latasha Hill, in full legal, moral, and spiritual standing, and submits this sworn Affidavit of Biblical Standing and Scriptural Rebuke into the public and judicial record. This affidavit is submitted under the authority of 28 U.S.C. §1746 (Unsworn Declarations Under Penalty of Perjury) and the foundational guarantees of conscience, speech, and access to justice under the First Amendment to the U.S. Constitution.

## I. AFFIDAVIT OF BIBLICAL STANDING

1. I, **Latasha Hill**, am a natural living woman and heir to God's promises, created in His image, vested with inalienable rights and equal standing before any human court.
2. I affirm that my cause is just, and I have not sought this court's jurisdiction lightly, but under compulsion to seek remedy for injustice.
3. I invoke **Psalm 94:20-21 (KJV)**: *"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous..."*
    - This scripture directly rebukes any judge or legal officer who would twist statutes or rules to harm the innocent.
4. I further invoke **Proverbs 17:15 (KJV)**: *"He that justifieth the wicked, and he that condemneth the just, even they both are abomination to the Lord."*
    - This supports my right to challenge any judicial order that condemns the just or favors corporate wickedness.
5. I affirm that no lawful system can suppress my right to truth, to redress, and to equal protection of law under God and the Constitution.
6. I declare standing by **Isaiah 54:17 (KJV)**: *"No weapon that is formed against thee shall prosper... and every tongue that shall rise against thee in judgment thou shalt condemn."*

*He hath shewed thee, O man, what is good; and what doth the Lord require of thee, but to do justly, and to love mercy, and to walk humbly with thy God.* **Micah 6:8 (KJV)**

Page **1** of **3**

## II. DECLARATION OF SCRIPTURAL REBUKE

1. I rebuke all forms of judicial collusion, institutional deceit, and suppression of truth committed under color of law.
2. I rebuke the pattern of this Court permitting the Defendant's counsel to manipulate the process and timing to the Plaintiff's detriment.
3. I invoke **Isaiah 10:1-2 (KJV):** *"Woe unto them that decree unrighteous decrees... to turn aside the needy from judgment."*
   - This is a formal rebuke of any court action that would suppress due process or silence the injured.
4. I rebuke the denial of access to remedy based on wealth, status, or representation.
   - **Proverbs 31:9 (KJV):** *"Open thy mouth, judge righteously, and plead the cause of the poor and needy."*
5. I place on record **Jeremiah 5:28-29 (KJV):** *"They judge not the cause... shall I not visit for these things? saith the Lord."*
   - This is a divine declaration against any legal system that refuses to hear truth or execute justice.

## III. NOTICE TO ALL OFFICERS OF THE COURT

Let it be known that this affidavit is not merely personal, but also spiritual and historical. It represents the voice of those often silenced in the halls of commercial and corporate jurisprudence.

**Romans 12:19 (KJV):** *"Vengeance is mine; I will repay, saith the Lord."*

I, Latasha Hill, do not seek vengeance, but I do seek truth, equity, and the full illumination of every hidden injustice committed in this proceeding.

## IV. CONCLUSION

By submitting this affidavit, I stand in the authority of both the U.S. Constitution and the Word of God, which predates and supersedes all human laws. I will not consent to any ruling that violates the sacred balance of truth and justice.

Let this record stand not only in the docket of this Court but in the court of Heaven.

I declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that I, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice.

*He hath shewed thee, O man, what is good; and what doth the Lord require of thee, but to do justly, and to love mercy, and to walk humbly with thy God.* **Micah 6:8 (KJV)**

Respectfully and solemnly submitted,

*Latasha Hill* (signature)
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

## Notary Witness and Acknowledgement

United States of America    }
State of Mississippi        }    s.a.
County of __Forrest__       }

Today before me, a Commissioned Notary, is the living, flesh and blood, and natural woman known to be Latasha Hill and she did issue this Formal Affidavit and she also affirmed her testimony as shown before me this __31__ day of __July__ in the year 2025, in Witness whereof I set my Signature and Seal:

__Lance C. Reid__
Public Notary Printed Name

__7-31-2025__
Date

__Lance C. Reid__
Public Notary Signature
By: *Jane Smith* (signature)

My Commission Expires: January 2, 2028

[Seal: CHANCERY CLERK LANCE C. REID FORREST COUNTY, MS]

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

*He hath shewed thee, O man, what is good; and what doth the Lord require of thee, but to do justly, and to love mercy, and to walk humbly with thy God.* **Micah 6:8 (KJV)**