IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LATASHA HILL**                                                                 **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 2:24-CV-107-KS-BWR**

**AUTO CLUB FAMILY**                                     **DEFENDANTS**
**INSURANCE COMPANY, ET AL.**

**ORDER**

This matter is before the Court on Plaintiff Latasha Hill's ("Hill") Emergency Motion [100] for Reconsideration of Partial Summary Judgment (Doc. 82) and Affidavit [101]. In the Motion [100], Plaintiff asks the Court for reconsideration of a portion of Order [82] that granted Plaintiff's Motion for Partial Summary Judgment [25] that was filed by Plaintiff's former counsel. Plaintiff Hill argues that the Court's grant of the Motion [25] violated her due process rights. She also asserts that her Emergency Motion [100] is based on "clear legal error and manifest injustice under FRCP 59(e), FRCP 56(f), and Mississippi's Unfair Claims Settlement Practices Act (§ 83-11-101)." [100] at 1.

To the contrary, Plaintiff misapprehends the Court's ruling in the Order [82]. In the Order [82], the Court _granted in Plaintiff's favor_ the Motion for Partial Summary Judgment [25] that Plaintiff's former counsel had filed on her behalf. The legal effect of the Order [82] is that the Court has granted judgment as a matter of law _in Plaintiff's favor_ as to Defendant's Fifth, Sixth, Seventh, Tenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, and Eighteenth Affirmative Defenses. _See_ Mem. [26] at 2-3 (listing affirmative defenses).

Accordingly, the Motion for Reconsideration [100] is hereby denied.

SO ORDERED AND ADJUDGED, this 4th day of August, 2025.

                                                                _/s/ Keith Starrett_
                                                                 KEITH STARRETT
                                                                 UNITED STATES DISTRICT JUDGE