Sent Via:
Email: pkwilliams@csattorneys.com
         pkw@csattorneys.com
USPS: 9589 0710 5270 2249 2857 57

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
(601) 202-3262
latashahill30047@yahoo.com

Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

DATE: August 4, 2025
RE: 21-Day Notice Required by FRCP 11(c)(2)

# MOTION FOR SANCTIONS PURSUANT TO FRCP 11, 26(g)(3), 37(c)(1), AND L.U.Civ.R. 7(b)(2) & 26(a)(3) FOR DEFENDANT'S EXHIBIT FRAUD AND EXPERT DISCLOSURE VIOLATIONS

NOW COMES Plaintiff Latasha Hill, *pro se*, and moves this Court for sanctions against Defendant Auto Club Family Insurance Company ("Defendant") and its counsel, Priscilla K. Williams of Christian & Small LLP, for fraudulent exhibits (Docket 28) and untimely, deceptive expert disclosures (Docket 21), in violation of:

- FRCP 11(b)(3) (factual misrepresentations),
- FRCP 26(g)(3) (false discovery certifications),
- FRCP 37(c)(1) (failure to disclose experts timely),
- L.U.Civ.R. 7(b)(2) (exhibit formatting),
- L.U.Civ.R. 26(a)(3) (expert disclosures).

In support, Plaintiff states:

## I. EXHIBIT FRAUD (DOCKET 28)

A. Violation of FRCP 11(b)(3) & L.U.Civ.R. 7(b)(2)

1. Unlabeled, Unauthenticated Exhibits

- Defendant attached five exhibits (Docket 28-1 to 28-5) to its Memorandum in Support of Summary Judgment (Docket 27) without labels or authentication.

- The Clerk's Office noted this violation:

  *"Exhibits not identified. L.U.Civ.R. 7(b)(2) requires that all supporting exhibits be denominated by an exhibit letter or number and a meaningful description."* (Docket 29, 4/16/2025).

- Prejudice: Plaintiff could not verify the exhibits' authenticity or relevance, impeding her ability to oppose summary judgment fairly.

2. Fraudulent CoreLogic Wind Report (Exhibit 1)

- Exhibit 1 (Docket 28-1) purports to be a CoreLogic Wind Verification Report but:

- Lacks a sworn affidavit under FRCP 56(c)(4) (requiring personal knowledge).

- Contradicts NOAA weather data (Plaintiff's Ex. B, Docket 72) showing hurricane-force winds on the loss date.

- Omits metadata (creation date, author), suggesting fabrication.

- FRCP 11(b)(3) Penalty: Counsel certified "factual contentions have evidentiary support" when they did not.

B. Requested Relief

- Strike Docket 28 (Memorandum with fraudulent exhibits).

- Monetary sanctions under FRCP 11(c)(4) for Plaintiff's costs in exposing the fraud.

- Adverse inference jury instruction under FRCP 37(b)(2)(A) that Defendant falsified evidence.

## II. EXPERT DISCLOSURE VIOLATIONS (DOCKET 21)

A. Violation of FRCP 26(a)(2)(D) & 37(c)(1)

1. Untimely Disclosure

- The Case Management Order (Docket 10) required Defendant's expert disclosures by February 6, 2025.
- Defendant filed its expert notice 11 days late on February 17, 2025 (Docket 21).
- No motion for extension was filed, violating FRCP 6(b)(1)(B).

2. Inadequate Expert Report

The disclosure (Docket 21) fails to include:

- Expert qualifications (FRCP 26(a)(2)(B)(iv)).
- Basis for opinions (FRCP 26(a)(2)(B)(i)).
- Compensation agreement (FRCP 26(a)(2)(B)(vi)).
- Prejudice: Plaintiff could not depose the expert or rebut opinions before discovery closed.

B. Requested Relief

- Preclude Defendant's expert testimony under FRCP 37(c)(1).
- Sanctions under L.U.Civ.R. 26(a)(3) for failure to confer on deadlines.

## III. DEFENSE COUNSEL'S PATTERN OF BAD FAITH

- Repeated discovery abuses (late disclosures, combined filings).
- False certifications (FRCP 26(g)(3)).
- Waste of judicial resources (requiring Clerk annotations, Dockets 14, 29).

I declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that I, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiniterate this Plaintiff proceeds In Good Faith, Without Dishonor, and Reserves All Rights under UCC 1-308, Without Prejudice.

**PRAYER FOR RELIEF**

Plaintiff requests:

1. Sanctions against Defendant and counsel under FRCP 11, 26(g)(3), and 37.
2. Striking of Docket 28 and preclusion of Defendant's expert.
3. Attorney's fees/fees for this motion.

By: /s/ Latasha Hill
Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
Civil Action No. 2:24-cv-107-KS-BWR
601-202-3262

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 4, 2025

CERTIFICATE OF SERVICE

**Motion For Sanctions Pursuant To FRCP 11, 26(g)(3), 37(c )(1), and L.U.Civ.R. 7(b)(2) & 26(a)(3) For Defendant's Exhibits Fraud and Expert Disclosure Violations**

This letter serves as formal notice of Plaintiff's Motion For Sanctions against you and your client for violations. I, Latasha Hill, certify that on August 4, 2025, I served this Plaintiff's Notice of Intent To Seek Sanctions, on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email and Certified Mail: 9589 0710 5270 2249 2857 57

Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By: /s/ Latasha Hill
Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
Civil Action No. 2:24-cv-107-KS-BWR
601-202-3262