Case 2:24-cv-00107-KS-BWR Document 104-1    Filed 08/04/25    Page 1 of 1

Exhibit #1: Email to Attorney Williams

Sent Via:
Email: pkwilliams@csattorneys.com
         pkw@csattorneys.com
USPS: 9589 0710 5270 2087 2754 77

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
(601) 202-3262
latashahill30047@yahoo.com

Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

DATE: July 10, 2025
RE: 21-Day Notice Required by FRCP 11(c)(2)

## NOTICE OF INTENT TO SEEK SANCTIONS

Dear Attorney Williams,

Pursuant to FRCP 11(c)(2), this letter serves as formal notice of Plaintiff's intent to seek sanctions against you and your client for the following violations:

1. Fraudulent Exhibits (Docket 28):
   - Unauthenticated, unlabeled exhibits filed in support of Defendant's Motion for Summary Judgment (violating FRCP 11(b)(3) and L.U.Civ.R. 7(b)(2)).
   - Exhibit 1 (CoreLogic Wind Report) lacks foundation and contradicts NOAA data.
2. Untimely Expert Disclosures (Docket 21):
   - Filed 11 days late (missed the 2/6/2025 deadline per Docket 10).
   - Incomplete report (no qualifications, basis, or compensation details).

Demand: Within 21 days of this notice, you must:
→ Withdraw the offending exhibits (Docket 28-1 to 28-5).
→ Correct your expert disclosures (Docket 21) or withdraw them.
→ Certify compliance in writing.

Failure to act will result in:
A Motion for Sanctions seeking:
→ Striking of Docket 28,
→ Preclusion of Defendant's expert,
→ Attorney's fees/costs under FRCP 37(c)(1)(A).

Sincerely,
By: _____/s/Latasha Hill
Latasha Hill
Propria Persona