UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 0 4 2025

BY ARTHUR JOHNSTON DEPUTY

**Latasha Hill**
Plaintiff,

v.

**AUTO CLUB FAMILY INSURANCE COMPANY**
Defendant

CASE NO.: 2:24-cv-107-KS-BWR
Date: August 4, 2025

NOTICE TO THE COURT FOR FRAUD ON THE COURT, JUDICIAL VIOLATIONS, AND LEGAL VIOLATIONS pursuant to the united States Constitution of America (First, Fifth, Sixth, Seventh, and Fourteenth Amendments), Federal Rules of Civil Procedure (FRCP), Local Uniform Civil Rules of the Southern District of Mississippi (L.U.Civ.R.), Federal statutes (Title 28, Title 18, Title 42 U.S. Code).

## I. INTRODUCTION

This notice meticulously analyzes fraud on the court, judicial misconduct, and violations of federal and state law in the above-referenced case. The conduct of defense counsel and the court, has undermined the integrity of judicial proceedings, violated constitutional due process, and obstructed justice.

## II. FRAUD ON THE COURT & JUDICIAL MISCONDUCT

### A. Fraudulent Removal & Jurisdictional Deception

- Docket Entry 1 (07/19/2024): Defense filed a Notice of Removal from state court but failed to attach the complete state court record as required by FRCP 81(c) and Local Rule 5(b).

- **Violations:**

  - 28 U.S.C. § 1446(a) (Removal Procedure) – Incomplete filing.

  - FRCP 81(c)(1) – Failure to file all state court pleadings.

  - Local Rule 5(b) – Failure to supplement within 14 days.

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

- Fraud on the Court: Misrepresentation of jurisdictional compliance.

**B. Judicial Bias & Ex Parte Communications**

- Docket Entry 21 (02/17/2025): Defense served expert disclosures late (due 02/06/2025) without court sanction.

- **Violations:**

  - FRCP 26(a)(2)(D) – Untimely expert disclosures.

  - 28 U.S.C. § 455(a) (Judicial Bias) – Court ignored late filing, favoring defense.

- Fraud on the Court: Selective enforcement of deadlines.

- Docket Entry 98 (07/31/2025): Judge Starrett denied Plaintiff's motions (56, 94) without legal basis while granting defense leniency.

- **Violations:**

  - 5th & 14th Amendments (Due Process) – Arbitrary rulings.

  - FRCP 1 (Just, Speedy, and Inexpensive Determination) – Judicial bias.

**C. Fabrication of Evidence & Perjury**

- Docket Entry 28 (04/15/2025): Defense submitted unauthenticated exhibits in support of Motion for Summary Judgment.

- **Violations:**

  - FRCP 56(c)(2) (Authentication Requirement).

  - 18 U.S.C. § 1621 (Perjury) – False evidence submission.

- Fraud on the Court: Submission of fraudulent documents.

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

### D. Judicial Obstruction of Discovery

- Docket Entry 88 (07/15/2025): Plaintiff moved to compel claims manual and supplemental discovery. Defense stonewalled.
- **Violations:**
  - FRCP 26(b)(1) (Scope of Discovery).
  - FRCP 37(a) (Motion to Compel).
  - Local Rule 37 (Discovery Disputes).
- Fraud on the Court: Concealment of material evidence.

### III. CONSTITUTIONAL & FEDERAL VIOLATIONS

### A. Due Process Violations (5th & 14th Amendments)

- Docket Entry 51 (05/22/2025): Court stricken Plaintiff's filings (34-49) without hearing.
- **Violations:**
  - 5th Amendment (Procedural Due Process).
  - FRCP 5(d) (Right to File Pleadings).

### B. Violation of Right to Counsel (6th Amendment)

- Docket Entry 32 (05/01/2025): Court forced Plaintiff into pro se status without adequate warning.
- **Violations:**
  - 6th Amendment (Right to Counsel).
  - FRCP 11 (Sanctions Without Due Process).

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

### C. Judicial Misconduct (28 U.S.C. § 455)

- Docket Entry 90 (07/24/2025): Judge Starrett refused recusal despite clear bias against pro se Plaintiff.
- **Violations:**
  - 28 U.S.C. § 455(a) (Judicial Disqualification).
  - Code of Conduct for U.S. Judges, Canon 3.

### IV. LOCAL RULE VIOLATIONS

### A. Failure to Confer (Local Rule 7(b)(10))

- Docket Entry 41 (05/09/2025): Defense filed motions without conferring with Plaintiff.
- **Violations:**
  - Local Rule 7(b)(10) (Certification of Conference).

### B. Improper Exhibit Formatting (Local Rule 7(b)(2))

- Docket Entry 28 (04/15/2025): Defense submitted unlabeled exhibits.
- **Violations:**
  - Local Rule 7(b)(2) (Exhibit Identification).

### V. CONCLUSION & DEMAND FOR RELIEF

This case exhibits systemic fraud on the court, judicial bias, and egregious violations of federal and constitutional law. The following remedies are demanded:

1. Judicial Misconduct Investigation (28 U.S.C. § 372(c)).
2. Vacatur of Fraudulent Orders (FRCP 60(b)(3)).
3. Sanctions Against Defense Counsel (FRCP 11(c)).
4. Reassignment to Neutral Judge (28 U.S.C. § 144).

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

## VI. VIOLATIONS COMMITTED BY FAILURE TO RULE ON IFP MOTION
### 1. Constitutional Violations
### A. First Amendment – Right to Petition the Government

- The right to access courts is protected by the Petition Clause.
- *Unresolved or obstructed IFP applications impair the Plaintiff's ability to petition the court for redress of grievances.*
- **Case Law:** *California Motor Transport Co. v. Trucking Unlimited*, 404 U.S. 508 (1972).

### B. Fifth and Fourteenth Amendments – Due Process

- Denying access to court without a ruling or explanation violates due process.
- Procedural fairness requires the court to timely adjudicate motions that determine whether a litigant can proceed.
- *Due process also mandates notice of decisions and reasons therefor.*

### C. Fourteenth Amendment – Equal Protection Clause

- Delay or denial of IFP to indigent plaintiffs but not others violate equal protection.
- Courts may not create economic barriers that bar access based on poverty.
- **Case Law:** *M.L.B. v. S.L.J.*, 519 U.S. 102 (1996); *Griffin v. Illinois*, 351 U.S. 12 (1956).

## 2. Federal Rules of Civil Procedure Violations

### Rule 1 – Just, Speedy, and Inexpensive Determination

- The Court's inaction on the IFP motion frustrates the very purpose of the FRCP.
- Deliberate non-ruling contradicts the duty to ensure procedural fairness.

### Rule 5.2(d) – Privacy Consideration in Filings

- If the IFP form includes private financial information (Form AO 239), the judge must either:

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

- Rule on it and seal sensitive attachments, or
- Provide notice of rejection under FRCP 5(d).

### Rule 7(b)(1)(B) – Duty to Rule on Motions

- All motions must "state with particularity the grounds for seeking the order, and the relief sought."
- The court must respond, even if to deny, non-action is procedural error.

## 3. Local Uniform Civil Rules for the Southern District of Mississippi

### L.U.Civ.R. 7(b)(3)(A) – Time for Court Action

"The court will determine motions without unnecessary delay. Any motion not ruled upon within 30 days may be brought to the attention of the court by a party."

- Here, 8+ days have already elapsed without ruling, despite the urgency of indigency status in a pending federal civil rights and bad faith case.

### L.U.Civ.R. 1(b) – Interpretation in Light of FRCP

- Local rules must align with the purpose of FRCP Rule 1: just, speedy, and inexpensive proceedings.
- The failure to adjudicate the IFP application contradicts this principle.

## 4. U.S. Code Violations

### 28 U.S.C. § 1915(a)(1) – In Forma Pauperis Statute

"Any court of the United States may authorize the commencement... of any suit... without prepayment of fees... by a person who submits an affidavit that... [they] are unable to pay such fees."

- A court has no discretion to deny this right without factual findings and written reasons.

### Psalm 94:20-21 (KJV)
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

- Delaying adjudication functionally obstructs this federal statutory right.
- The application and affidavit was submitted and filed July 28, 2025 Doc. 95.

## 28 U.S.C. § 1654 – Right to Self-Representation

- Pro se litigants have the right to conduct their cases, which necessarily includes the right to seek IFP status.

## 42 U.S.C. § 1983 – Civil Rights Deprivation

- By blocking economic access to court without a ruling, the judge acts under color of law to deprive you of constitutional rights.
- A civil rights violation does not require a formal denial, constructive denial, or intentional delay is sufficient.

5. I rebut Judge Starrett's false and retaliatory accusation of "vexatious" filings, which is not only unfounded, but also a textbook violation of my constitutional rights, the FRCP, the U.S. Code, and judicial ethics. I notice the court to differentiate between persistent legal advocacy and abusive behavior. The Supreme Court ruled in *Haines v. Kerner*, 404 U.S. 519 (1972), that pro se pleadings must be held to a less stringent standard.

### A. Federal Rules of Civil Procedure Violations

- **FRCP 11(b)(2)**: A filing is not sanctionable unless it is *objectively unreasonable and legally baseless*. My filings are supported by:
- Statutes
- Constitutional claims
- Factual exhibits

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

- **FRCP 15(a)(2)**: I have the right to amend pleadings "when justice so requires." Filing new evidence or amended versions is *not* vexatious.
- **FRCP 60(b)(3) and 60(d)(3)**: Allows repeated motions when there is fraud on the court. Each motion I filed alleged new forms of misconduct.
- **FRCP 12(i)**: Courts must permit motions for judgment on the pleadings to be heard "at any time." To my knowledge I did not violate timing rules.

B. No pattern of "frivolousness" was established. Each filing pursued redress for new or evolving judicial errors.

2. **Violation of Local Uniform Civil Rules (L.U.Civ.R.)**

- **L.U.Civ.R. 7(b)(3)(A)**: My filings were/are within permitted time and page limits( Motions 4 pages excluding exhibits, and Memorandums 35 pages limit), This is a notice to the court.
- **L.U.Civ.R. 15(a)**: Amendments and supplements are allowed when new evidence arises.
- Judge Starrett's accusation does not cite which rule(s) I violated.

B. **Constitutional Violations**

1. **First Amendment – Right to Petition**

- Retaliation against court filings is a First Amendment violation.
- Case Law: *BE&K Constr. Co. v. NLRB*, 536 U.S. 516 (2002) – "The right to petition extends to all departments of government, including the courts."

2. **Fifth & Fourteenth Amendments – Due Process**

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

Page **8** of **10**

- Arbitrarily labeling me as "vexatious" without a formal hearing violates my procedural due process rights. I demanding the court remove or explain the "vexatious" label and cite the procedural basis.
- No motion for sanctions, no Rule 11 hearing, no record of abuse = unjustified judicial slander.

### 3. Equal Protection Clause (14th Amendment)

- Retaliation against a pro se litigant for asserting rights that an attorney would not be punished for is disparate treatment.

### C. U.S. Code Violations

### 28 U.S.C. § 1915(e)(2)(B):

- Dismissal for frivolousness must be based on objective legal review—not personal opinion or political retaliation.

### 42 U.S.C. § 1983:

- I may assert a civil rights claim against any official (including judges in non-judicial acts) who retaliates against my lawful access to court.

### 28 U.S.C. § 455(a):

- Judge Starrett should have recused himself due to clear personal bias reflected in inflammatory language and procedural obstruction.

### D. Judicial Code of Conduct Violations

- **Canon 2(A):** A judge must avoid impropriety and the appearance of bias.
- **Canon 3(A)(4):** A judge must treat litigants with fairness and without hostility.

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*

- **Canon 3(A)(5)**: A judge shall dispose of all matters promptly and fairly and not weaponize language to silence criticism.

  I do not consent to Judge Starrett's judicial gaslighting of flipping the narrative so that I the complainant becomes the accused. I do not consent to Judge Starrett violating my presumption of good faith under Rule 11(b).

E. The petition for the writ of mandamus was submitted to the Fifth Circuit on July 15, 2025 and
Exhibit #1
July 31, 2025. The forma pauperis application was filed July 28, 2025 Doc. 95.

This notice is submitted under penalty of perjury pursuant to 28 U.S.C. § 1746.

**Respectfully submitted August 4, 2025,**

I declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that I, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. The plaintiff Latasha Hill proceeds In Good Faith, Without Dishonor, and Reserves All Rights under UCC 1-308.

By: *Latasha Hill*
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

CC'd:
The Chief Judge
Fifth Circuit
U.S. Marshal Office
Senate Judiciary Committee

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood*