UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**Latasha Hill**
Plaintiff,
v.
**AUTO CLUB FAMILY INSURANCE COMPANY**
Defendant

CASE NO.: 2:24-cv-107-KS-BWR
Date: August 4, 2025

### SUPPLEMENTAL AFFIDAVIT OF PREJUDICIAL CONDUCT IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(d)(3)

I, Latasha Hill, being of sound mind and competent to testify under oath, submit this Supplemental Affidavit in further support of my previously filed Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(d)(3). I respectfully submit this sworn statement to place on the record a continuing and escalating pattern of prejudicial, retaliatory, and constitutionally impermissible judicial conduct by Senior United States District Judge Keith Starrett.

### I. SUMMARY OF CONDUCT GIVING RISE TO SUPPLEMENTAL AFFIDAVIT

Since the filing of my primary Motion for Relief under Rule 60(d)(3), new developments have occurred and pre-existing patterns have further crystallized, including but not limited to:

1. Accusations by the Court labeling Plaintiff's filings as "vexatious" without factual findings, hearing, or due process.

**Psalm 94:20-21 (KJV)**
*Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood.*

Page 1 of 4

2. Continued failure to rule on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 95), resulting in economic obstruction.

3. Escalating hostility toward pro se filings, including systemic suppression of filings between Dkt. 34 and Dkt. 49.

## II. FACTUAL ALLEGATIONS

1. I filed multiple good-faith motions, affidavits, and judicial notices during this litigation in accordance with FRCP 7(b), FRCP 15(a), and L.U.Civ.R. 7 and 15. These filings included factual evidence, constitutional issues, and procedural objections, none of which were frivolous, duplicative, or harassing.

2. On multiple occasions, Judge Starrett described my filings as "vexatious" without the required procedural safeguards or legal findings mandated under:

- FRCP 11(c)(1): No show cause order issued;
- FRCP 83(b): No local standing order on vexatious litigants exists;
- Due Process Clause of 5th and 14th Amendments: No hearing or opportunity to respond before stigmatizing label applied.

3. My filings—many of which involved constitutional rights, due process claims, and judicial accountability—were suppressed or erased from the docket with no legal reasoning and no procedural hearing, in direct violation of:

- Haines v. Kerner, 404 U.S. 519 (1972): Pro se filings to be liberally construed.
- 28 U.S.C. § 1915(e)(2)(B): Requires individualized review before dismissal as frivolous.
- BE&K Constr. Co. v. NLRB, 536 U.S. 516 (2002): Retaliation for petitioning the court violates First Amendment rights.

**Psalm 94:20-21 (KJV)**
*Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood.*

4. Despite timely filing of a complete in forma pauperis application (Doc. 95) on July 28, 2025, Judge Starrett has willfully refused to rule, effectively obstructing my access to:

- Transcript requests;
- Fee-waived appeals;
- Post-judgment remedies.

5. The cumulative effect of this conduct is to silence Plaintiff, sanitize the docket of judicial accountability records, and to chill protected court access by economic and retaliatory means.

## III. LEGAL VIOLATIONS ESTABLISHED BY THIS CONDUCT

- Rule 60(d)(3): Fraud on the court through judicial retaliation and suppression.
- First Amendment: Retaliation for filing redress-related motions.
- Fifth & Fourteenth Amendments: Deprivation of notice, hearing, and fair adjudication.
- 28 U.S.C. § 455: Judge failed to disqualify himself after demonstrating personal animus.
- Canon 2 and 3 of the Code of Conduct for U.S. Judges: Improper stigmatizing language and unequal treatment.

## IV. DEMAND FOR CORRECTIVE ACTION

I respectfully demand the following:

1. That all language accusing me of vexatious behavior be stricken from the record unless and until proper legal procedure has been observed.
2. That the Court issue a ruling on Doc. 95 (IFP motion) without further delay.
3. That the Chief Judge and/or the Fifth Circuit Judicial Council review this pattern of bias and retaliatory obstruction.

**Psalm 94:20-21 (KJV)**
*Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood.*

4. That all stricken filings be reinstated into the record for appellate review and factual integrity.

I declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that I, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. The plaintiff Latasha Hill proceeds In Good Faith, Without Dishonor, and Reserves All Rights under UCC 1-308.

Respectfully submitted 4th day of August, 2025.

By: __/s/ Latasha Hill____
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

**Psalm 94:20-21 (KJV)**
*Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 4, 2025

### CERTIFICATE OF SERVICE

**Motion For Sanctions Pursuant To FRCP 11, 26(g)(3), 37(c )(1), and L.U.Civ.R. 7(b)(2) & 26(a)(3) , Title 28, Title 18, Title 42 U.S. Code For Defendant's Exhibits Fraud, Expert Disclosure Violations, and Fraud on the Court.**

This letter serves as formal notice of Plaintiff's Motion For Sanctions against you and your client for violations. I, Latasha Hill, certify that on August 4, 2025, I will serve this Plaintiff's Notice of Intent To Seek Sanctions, on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email

Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By:  /s/ Latasha Hill
Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
Civil Action No. 2:24-cv-107-KS-BWR
601-202-3262