UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 0 6 2025

BY ARTHUR JOHNSTON    DEPUTY

**Latasha Hill,**

**Plaintiff,**

v.

**AUTO CLUB FAMILY INSURANCE COMPANY,**

**Defendant.**

Case No.: 2:24-cv-00107-KS-BWR

Date: August 6, 2025

## REBUTTAL TO JUDGE STARRETT'S ORDERS (DOCS. 90, 102, 103)
### Pursuant to FRCP 59(e), 60(b)(3), and 28 U.S.C. § 455(f)

## I. JUDICIAL BIAS & LEGAL VIOLATIONS

### 1. 28 U.S.C. § 455(a) Violations

Judge Starrett's denial of disqualification (Doc. 90) ignores objective evidence of bias:

- Ex Parte Communications: The May 02, 2025 teleconference excluded Plaintiff, violating Due Process and Canon 3(A)(4) of the Code of Conduct for U.S. Judges. Plaintiff's former attorney voluntarily withdrew on May 1, 2025.

- Financial Conflicts: Judge Starrett's stock holdings in Exxon (XOM) and Chevron (CVX) (per 2023 Financial Disclosure) create a "probability of bias" under *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009).

- Selective Adjudication: Granting Defendant's motions (e.g., Doc. 82) while denying Plaintiff's (e.g., Docs. 79, 80) demonstrates systemic favoritism.

## 2. Brady Violations & Exculpatory Evidence

Judge Starrett suppressed:

- Altered Insurance Policy (Doc. 86).
- NOAA Wind Data proving storm damage (Doc. 72).
- CoreLogic Fraud (Doc. 72).

    This violates Brady v. Maryland, 373 U.S. 83 (1963), which mandates disclosure of evidence favorable to the accused.

## II. REBUTTAL TO ORDER 102 (DENIAL OF DISQUALIFICATION)

### 1. Legal Arguments

- 28 U.S.C. § 144: Judge Starrett falsely claims pro se litigants cannot invoke § 144. Precedent: *Schroeder v. McDonald*, 55 F.3d 454 (9th Cir. 1995) allows verified motions under penalty of perjury (Doc. 84).
- Liljeberg v. Health Services, 486 U.S. 847 (1988): Failure to disclose financial conflicts voids all rulings.
- FRCP 60(b)(3): Fraud on the court (e.g., Defendant's forged policy) warrants vacatur.

### 2. Response to Court

Plaintiff moves for reconsideration of Order 102, citing:

(1) Clear error in ignoring § 144's mandatory recusal;

(2) New evidence of financial conflicts (Exxon/Chevron stocks);

(3) Fraudulent concealment of NOAA/CoreLogic data.

Pursuant to *Liljeberg*, this Court's refusal to recuse undermines public confidence. Plaintiff demands immediate reassignment.

## III. REBUTTAL TO ORDER 103 (DENIAL OF RECONSIDERATION)

### 1. Legal Errors

- FRCP 59(e): Judge Starrett misapplies the "clear error" standard by ignoring Defendant's admission of liability in its Response (Doc. 77).
- Mississippi Unfair Claims Practices Act (§ 83-11-101): The Court ignored Defendant's bad faith denial of wind damage claims.

### 2. Response

Plaintiff demands vacatur of Order 103 under FRCP 60(d)(3) for fraud on the court. Defendant's altered policy and suppressed NOAA data (Doc. 72) constitute extrinsic fraud.

I declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that I, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. The plaintiff Latasha Hill proceeds In Good Faith, Without Dishonor, and Reserves All Rights under UCC 1-308.

By: *Latasha Hill*
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 6, 2025

### CERTIFICATE OF SERVICE

**Pursuant To FRCP 59(e), 60(b)(3), and 28 U.S.C. § 455(f) Supplemental Statement Of Misconduct and Rebuttal to Judge Starrett's orders(Docs. 90, 102, and 103).** This letter serves as formal notice of Plaintiff's Rebuttal and Supplemental Statement. I, Latasha Hill, certify that on August 6, 2025, I will serve this Plaintiff's Rebuttal and Supplemental Statement, on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email

Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By: /s/ Latasha Hill
Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
Civil Action No. 2:24-cv-107-KS-BWR
601-202-3262