# Chase Duckworth

| | |
|---|---|
| **From:** | cmecf_caseprocessing@ca5.uscourts.gov |
| **Sent:** | Thursday, August 7, 2025 10:32 PM |
| **To:** | MSSDdb_Hattiesburg |
| **Subject:** | 25-60417 In re: Latasha Hill "Petition Filed for writ of mandamus" (2:24-CV-107) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

PLEASE DO NOT REPLY TO THIS EMAIL AS IT ORIGINATES FROM AN UNATTENDED EMAIL ADDRESS.

## United States Court of Appeals for the Fifth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/07/2025 at 10:27:25 PM Central Daylight Time and filed on 08/07/2025

| | |
|---|---|
| **Case Name:** | In re: Latasha Hill |
| **Case Number:** | 25-60417 |
| **Document(s):** | Document(s) |

**Docket Text:**
PETITION filed by Petitioner Ms. Latasha Hill for writ of mandamus [2] Date received in 5th Circuit: 08/04/2025.. [25-60417] (RAJ)

**Notice will be electronically mailed to:**

Mr. Arthur S. Johnston, III, Clerk of Court: hatt_docket@mssd.uscourts.gov

**NOTICE WILL BE DELIVERED BY OTHER MEANS TO:**

Ms. Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401

1

The following document(s) are associated with this transaction:
Document Description: Petition Filed
Original Filename: 25-60417_Originating Document #02.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1105048708 [Date=08/07/2025] [FileNumber=10651060-0]
[9a4542c858a5ac2e0a228370a8f4a8bce0a57c37acce2b3ad6ba72a16dc68e6f9ed33200c57c14d350
10eb20ae09c69c93679884e53123815e3c9b856edb38d7]]

Document Description: DKT-1 Letter
Original Filename:
/opt/ACECF/live/forms/RoeshawnJohnson_2560417_10651060_DocketingNotice-DKT1_308.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1105048708 [Date=08/07/2025] [FileNumber=10651060-1]
[0c668e5c2a4d3fdabd7a987d844e885278bc619a55148471c5fd5fcec4dae91bd48ea1ac909650cd4d
024b0cd13f6ea9fc48ac05ae24900258c8788e902abd52]]
Recipients:

- Ms. Latasha Hill
- Mr. Arthur S. Johnston, III, Clerk of Court