Thursday, July 31, 2025

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Latasha Hill,
Petitioner,

v.

Hon. Keith Starrett, United States District Judge,
Respondent.

### PETITION FOR WRIT OF MANDAMUS
### (Challenging Judicial Bias Under 28 U.S.C. § 455(a)

**TABLE OF AUTHORITIES**
Federal Statutes & Rules
- 28 U.S.C. § 455(a) (Judicial Disqualification)
- 28 U.S.C. § 1651 (All Writs Act)
- FRCP 60(b)(3) (Fraud on the Court)
- FRCP 56(f) (Summary Judgment Standard)
- L.U.Civ.R. 7(b)(2) (Exhibit Identification)
Case Law
- *Liteky v. United States*, 510 U.S. 540 (1994)
- *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009)
- *In re Chevron*, 633 F.3d 153 (5th Cir. 2011)
- *Canal Ins. Co. v. Coleman*, 625 So.2d 297 (Miss. 1993)
NACA Pro-Consumer Rulings
- NACA Model Unfair Claims Practices Act (Bad Faith Standards)

INTRODUCTION
Petitioner Latasha Hill ("Hill"), *pro se*, seeks a writ of mandamus to compel the disqualification of Judge Keith Starrett for structural bias under 28 U.S.C. § 455(a), and to vacate his orders (Docs. 82, 90) due to fraud on the court (FRCP 60(b)(3)) and violations of due process.

STATEMENT OF FACTS
1. Altered Insurance Policies (Doc. 86, Ex. 1-5):
   - Auto Club forged policy terms post-loss, violating *Canal Ins. Co.* (bad faith per se). Judge Starrett ignored this smoking gun evidence in granting summary judgment (Doc. 82).
2. Ex Parte Communications (Doc. 21):

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood."*

- Secret teleconference with defense counsel (5/21/2025) violated Judicial Canon 3B(7). No transcript was produced despite Hill's request (Doc. 86, Ex. 17).
3. Procedural Sabotage:
   - Striking Pro Se Filings (Doc. 51): Erased motions (Docs. 39-49) challenging attorney fraud, violating FRCP 15(a)(2) (liberal amendment standard).
   - Double Standards: Excused defense counsel's defective filings (Doc. 28) while sanctioning Hill for minor errors (Doc. 43).
4. Fraudulent Evidence:
   - Auto Club submitted falsified CoreLogic reports (Doc. 72, Ex. O-O1). Judge Starrett sealed the unredacted versions (Doc. 66), hiding fraud.

**ARGUMENT**
**I. JUDICIAL BIAS UNDER 28 U.S.C. § 455(a)**
Legal Standard: Recusal is required if an objective observer would question impartiality (*Liteky*).

Pattern of Bias:
- Rushed Summary Judgment (Doc. 82): Ignored NOAA wind data (Doc. 72, Ex. B-C) and altered policies (Doc. 86, Ex. 1-5).
- Ex Parte Communications (Doc. 21): Secret talks with defense counsel violate *Caperton*.
- Suppressing Evidence: Sealing fraud proofs (Doc. 66) while admitting defense's junk science (Doc. 28).

**II. VIOLATIONS OF FEDERAL & LOCAL RULES**
- FRCP 56(f): Genuine disputes of fact (e.g., conflicting CoreLogic reports) preclude summary judgment.
- L.U.Civ.R. 7(b)(2): Allowed defense's unlabeled exhibits (Doc. 28) while punishing Hill's technical errors.
- FRCP 26(b)(1): Blocked discovery of claims manual (Doc. 88), violating NACA's pro-consumer standards.

**III. FRAUD ON THE COURT (FRCP 60(b)(3))**
- Auto Club's forged policies and falsified damage reports (Doc. 72, Ex. E, J) constitute fraud. Judge Starrett's complicity (sealing evidence) demands vacatur.

**PRAYER FOR RELIEF**
1. Issue mandamus compelling Judge Starrett's disqualification.
2. Vacate Orders (Docs. 82, 90) and remand to an unbiased judge.
3. Order disclosure of:
   - Claims manual (Doc. 88).
   - Teleconference transcript (Doc. 86, Ex. 17).
4. Sanction Auto Club for fraud under FRCP 11.

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood."*

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

By: _Latasha Hill_
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

### Notary Witness and Acknowledgement

United States of America   }
State of Mississippi        }   s.a.
County of Forrest           }

Today before me, a Commissioned Notary, is the living, flesh and blood, and natural woman known to be Latasha Hill and she did issue this Formal Petition for Writ of Mandamus and she also affirmed her testimony as shown before me this __31__ day of __July__ in the year 2025, in Witness whereof I set my Signature and Seal:

D'Angela Holmes
Public Notary Printed Name

July 31, 2025
Date

[SEAL: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 292216 D'ANGELA HOLMES Commission Expires Aug. 4, 2025 FORREST COUNTY]

D'angela Holmes
Public Notary Signature

August 4, 2025
Commission Expire

**Psalm 94:20-21 (KJV)**
*"Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood."*

Page **3 of 3**

Case 2:24-cv-00107-KS-BWR   Document 109-2   Filed 08/08/25   Page 4 of 9
Case 25-60417   Document 21-1   Page: 4   Date Filed: 08/07/2025
Case 2:24-cv-00107-KS-BWR   Document 84   Filed 07/15/25   Page 1 of 6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**Latasha Hill,**
*Plaintiff*

v.

**AUTO CLUB FAMILY INSURANCE COMPANY,**
*Defendant.*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 15 2025

BY ARTHUR JOHNSTON
DEPUTY

Case No.: 2:24-cv-00107-KS-BWR
Date: July 15, 2025

**MOTION FOR DISQUALIFICATION OF DISTRICT JUDGE KEITH STARRETT UNDER 28 U.S.C. § 144 and 28 U.S.C. § 455**

**Notice to the court:**
**TO THE CHIEF JUDGE OF THIS DISTRICT, ALL PARTIES, AND LEAD ATTORNEY:**

**COMES NOW** Latasha Hill, of sound mind and natural-born free woman of the land created by God, proceeding sui juris and propria persona. I am non-belligerent, non-combatant, non-government employee, non-employee of THE UNITED STATES INC. I reiniterate I did not attend any school of law. I am not well versed in the law nor legal procedures. I am not licensed to practice law. I proceed propria persona evoking my rights under Common Law under the unalienable rights of the Constitution of the united states of America. Let it be known on public record I DO NOT waive any rights, remedies, or defenses; procedural or statutory. I only consent to natural law and not artificial law. I come in good faith and with clean hands. I, Latasha Hill, having full faith and credit guaranteed by the Constitution of the united states of America. I demand judicial neutrality under the Constitution's Due Process Clause. I submit this Motion for Disqualification of District Judge Keith Starrett for Good Cause.

## TABLE OF CONTENTS

I. LEGAL GROUNDS FOR DISQUALIFICATION

II. STATEMENT OF MATERIAL FACTS

III. AFFIDAVIT OF PERSONAL KNOWLEDGE

IV. LEGAL ARGUMENT

V. DEMANDED RELIEF

VI. CONCLUSION

\*\*\*Exhibits enclosed to Memorandum

## I. LEGAL GROUNDS FOR DISQUALIFICATION

### A. Mandatory Recusal Under 28 U.S.C. § 144

1. **Berger v. United States**, 255 U.S. 22 (1921):

   "Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein."

2. **United States v. Sibla**, 624 F.2d 864 (9th Cir. 1980):

   "Once a proper affidavit is filed under Section 144, the judge must recuse, and the matter must be referred to another judge."

### B. Constitutional Violations Under 28 U.S.C. § 455(a)

1. **Liteky v. United States**, 510 U.S. 540 (1994):

   Disqualification is required when a judge exhibits "such a high degree of favoritism or antagonism as to make fair judgment impossible". Appearance of impropriety.

2. **Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009):**

   Recusal is constitutionally mandated where "the probability of actual bias is too high to be constitutionally tolerable."

3. Fifth Amendment Due Process Clause.

4. Code of Conduct for U.S. Judges Canon 3(C)(1).

## II. FACTUAL BACKGROUND
1. **Ex Parte Communications**
- On May 02, 2025, Magistrate Judge Bradley W. Rath held a teleconference with defense counsel Priscilla Williams and my former attorney Paul Anderson, who abandoned my case. I was unaware of this teleconference until I saw the minute entry on the docket. May 1, 2025 Attorney Anderson filed a motion to voluntarily withdraw. May 2, 2025, I filed notice of Pro Se representation.

2. **Evidence Suppression**
- Judge Starrett ignored wind reports despite NOAA data proving storm damage.
- Willful ignorance of forged insurance policy.

3. **Alleged Judicial Retaliation**
- On May 2, 2025 Attorney Paul Anderson voluntarily withdrew because I refused to accept an unjust unfair settlement offer in which he was getting a excessive 45% contingency fee. Therefore I filed motions which were later stricken from the record. Plaintiff agreed to allow counsels of record to withdraw because plaintiff did not want to be represented by counsel that voluntarily withdrew and did not want to represent plaintiff to the fullest. The Motion to Withdraw was granted May 22, 2025 and plaintiff was unaware that she had to wait until the motion was granted before she filed documents.

- From May 1, 2025 to May 22, 2025, Plaintiff Latasha Hill was unaware that she should not file any documents on her case until the withdrawal was granted. On the following dates: May 2 2025, May 8 2025, May 12 2025, and May 21, 2025 minute entries and text orders were made to the docket and there were never any indications made for me to not file any documents until my attorney's withdrawal was granted. As previously stated in my filing on May 5, 2025(Doc. 35) "I did not attend any school of law. I am not well versed in the law nor legal procedures. I am not licensed to practice law". Four times I could have been instructed to not file but I was not.

  4. **Racial Bias**

- As a multi-racial woman and propria persona litigant, I have been held to higher pleading standards than the corporate defendant.

### III. LEGAL ARGUMENT

### A. Judicial Bias Under 28 U.S.C. § 144

- **United States v. Ritter**, 540 F.2d 459 (10th Cir. 1976):

  "A judge who does not disqualify himself after a proper affidavit has been filed acts without jurisdiction."

### B. Due Process Violations Under 28 U.S.C. § 455(a)

- **Ward v. Village of Monroeville**, 409 U.S. 57 (1972):

  "A fair trial in a fair tribunal is a basic requirement of due process."

### IV. DEMANDED RELIEF

1. Immediate disqualification of Judge Starrett.

2. Mandatory judicial reassignment to a neutral judge outside this district.

3. Sanctions against defense counsel for fraud on the court.

4. Immediate stay of all proceedings until Fifth Circuit Judicial Council submit a docket order.

5. Misconduct investigation

## V. CONCLUSION

This Court must act to preserve the integrity of the judiciary.

I, Latasha Hill, proceeds In Good Faith, Without Dishonor, and Reserves All Rights under UCC 1-308, Without Prejudice.

Respectfully submitted July 15, 2025,

By: *Latasha Hill*
Latasha Hill
Propria Persona
Sui Juris
Without Prejudice
UCC 1-308

**Notary Witness and Acknowledgement**

United States of America  }
State of Mississippi       }   s.a.
County of Forrest          }

Today before me, a Commissioned Notary, is the living, flesh and blood, and natural woman known to be Latasha Hill and she did issue this Formal Motion for Disqualification and she also affirmed her testimony as shown before me this __15__ day of __July__ in the year 2025, in Witness whereof I set my Signature and Seal:

Tammy Holmes
Public Notary Printed Name

*[signature]*
Public Notary Signature

July 15, 2025
Date

July 29, 2025
Commission Expire

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 87842 TAMMY HOLMES Commission Expires July 29, 2025 FORREST COUNTY]

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

