# EXHIBIT 1

**From:** Priscilla K. Williams <pkw@csattorneys.com>
**Sent:** Friday, February 7, 2025 9:39 PM
**To:** Hanna Allen <hallen@mchardlaw.com>
**Cc:** Sarah C. Haslett <schaslett@csattorneys.com>; Manion Anderson <MAnderson@mchardlaw.com>; HillvAAA@mchardlaw.filevineapp.com; Rachel Spiers <rspiers@mchardlawcom.onmicrosoft.com>; Priscilla K. Williams <pkw@csattorneys.com>
**Subject:** RE: Hill v. Auto Club Plaintiff's Disclosure of Expert Witnesses


Good Evening,

Please see the attached disclosure of expert witnesses.  A notice of service will be filed shortly.

Thanks,

Priscilla


Priscilla K. Williams
*Partner*
***Licensed in AL, MS***

Direct:    205.250.6646
Main:     205.795.6588
Fax:       205.328.7234
Email:    pkwilliams@csattorneys.com

Christian & Small LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

http://www.csattorneys.com



This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at **support@csattorneys.com**, and delete this message and all copies and backups thereof.


**From:** Hanna Allen <hallen@mchardlaw.com>
**Sent:** Monday, January 6, 2025 3:23 PM
**To:** Priscilla K. Williams <pkw@csattorneys.com>
**Cc:** Jonie E. Adams <jeadams@csattorneys.com>; Manion Anderson <MAnderson@mchardlaw.com>; HillvAAA@mchardlaw.filevineapp.com; Rachel Spiers <rspiers@mchardlawcom.onmicrosoft.com>

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | | |
|---|---|---|
| **LATASHA HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 2:24-cv-107-KS-BWR** |
| **vs.** | ) | |
| | ) | **Removed from Circuit Court of** |
| **AUTO CLUB FAMILY** | ) | **Forrest County, Mississippi** |
| **INSURANCE COMPANY,** | ) | **Civil Action No: 24-90** |
| | ) | |
| **Defendant.** | | |

## AUTO CLUB FAMILY INSURANCE COMPANY'S EXPERT DISCLOSURES

COMES NOW the Defendant, Auto Club Family Insurance Company ("Auto Club"), pursuant to Fed. R. Civ. P. 26(a)(2), discloses the following expert witnesses who may be used in this litigation to testify regarding the matters set forth in the expert reports and disclosures herein at trial or for any permitted purposes including presenting evidence under Federal Rules of Evidence 702, 703, or 705.

DESIGNATION OF EXPERT WITNESSES

1.      Robert James is a licensed professional engineer who has been retained is expected to testify and offer opinions consistent with his Rule 26 (a)(2)(B) report which is attached hereto as Exhibit A.  Mr. James' curriculum vitae and rate schedule is attached as Exhibit B.

2.      Chris Woods and Doug Davis are non-retained experts employed by Eberl Claims Services and are independent adjusters who inspected Plaintiff's property.  Both Mr. Woods and Mr. Davis are expected to testify consistent with their inspections of Plaintiff's property and whose photosheets have previously been produced with Auto Club's initial disclosures, bates numbered as Auto Club Initial Disclosures 597-823.

3.      Auto Club reserves the right to call any expert required for rebuttal or impeachment purposes.

4.      The listing of any expert in this disclosure does not obligate the Auto Club to utilize the expert at trial of this matter.

5.      Auto Club reserves the right to supplement with additions or deletions from these disclosures, or revise these disclosures, as discovery continues.

6.      Auto Club reserves the right to elicit expert testimony from any and all experts identified by other parties to this action.

7.      Auto Club reserves the right to elicit opinion testimony from any fact witness whose deposition is taken in this matter, subject to qualification of such opinion(s) pursuant to Fed. R. Evid. 701 and/or 702.  Auto Club may also elicit opinion testimony from any adverse party, subject to qualification of such opinion(s) under Fed. R. Evid. 701 and/or 702.

Respectfully submitted on this the 7th day of February, 2025.


/s/ Priscilla K. Williams
Priscilla K. Williams
*Attorney for Defendant*


**OF COUNSEL:**

CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Phone:  (205) 795-6588
Facsimile:  (205) 328-7234
Email: PKW@csattorneys.com


**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants, on this the 7th day of February, 2025.

P. Manion Anderson
McHard, McHard, Anderson & Associates, PLLC
Attorneys at Law
140 Mayfair Road
Suite 1500
Hattiesburg, MS 39042
Telephone: 601-450-1715
Fax: 601-450-1719
manderson@mchardlaw.com

*/s/ Priscilla K. Williams*
OF COUNSEL

EXHIBIT A



January 31, 2025

**Damage Assessment**
**Hill Residence**

YAES Project No. ES-20244053
Claim No. 014843458

**Prepared For:**

Priscilla K. Williams
Christian & Small, LLP
Partner
pkwilliams@csattorneys.com



**Prepared By:**

YA Engineering Services, LLC



**Robert James, Ph.D., P.E.**
Senior Project Manager

Services in CT, MI, NY and NC provided through YA Engineering, PLLC

Services in CA provided through YA Engineering Services, Inc.

EXHIBIT A

Hill Residence                                                                YAES No. ES-20244053
Claim No. 014843458                                                            January 31, 2025

## INTRODUCTION

At the request of Priscilla Williams with Christian & Small, LLP, Robert S. James, Ph.D., P.E. of YA Engineering Services, LLC (YAES) performed a site investigation at the property located at 8 Annie Christie Drive in Hattiesburg, Mississippi. The purpose of the investigation was to assess potential roof damage and water intrusion that occurred during Hurricane Ida that occurred on or about August 29, 2021. YAES was requested to perform a site inspection and provide a written report discussing our observations and findings relative to the reported damage. Referenced figures, consisting of representative photographs that were taken during the site visit, follow the narrative and are attached as Appendix A.

## BACKGROUND

The Hill residence is a one-story, wood-framed structure with a truss roof structure. The roof over the residential building is covered with metal panels. Ms. Hill reported that rainwater leaked into the east rooms of her residence at locations indicated by the masking tape, as well as down the center of the east exterior wall during Hurricane Ida. The east rooms included the master bedroom, master bathroom, master closet and office.

Forest county tax records indicated that the building was constructed in 2008, and Ms. Hill purchased the property in 2015. For reference purposes, an aerial view of the property is provided as Aerial Image 1. The property was noted to be facing west.

As part of our research, we reviewed photographs provided to us that were taken by Auto Club Family Insurance during inspections on September 10, 2021, and October 25, 2021; and by United Claims Specialists during an inspection on November 11, 2021. Dates of the inspections are as reported on the photographs. The photographs indicated that the interior of the building was in a similar condition during the YAES inspection and the three previous inspections. The walls that had been removed and the staining that was documented in the three inspections was identical to what was observed during the YAES inspection. On the exterior of the building, it was noted that the asphalt shingle roof covering had been replaced with a metal panel roof covering prior to the YAES inspection. Further, the photographs showed that there was a satellite dish mount installed on the north eave of the building over the approximate area of the master bedroom, there was dark staining near in the roof sheathing near the ridge of the roof, and there were approximately four pieces of loose vinyl siding around the exterior of the building.

EXHIBIT A

Hill Residence                                                        YAES No. ES-20244053
Claim No. 014843458                                                        January 31, 2025



*Aerial Image 1:  View of the residence from Google Earth, reportedly taken October 2024.*

## INVESTIGATION

Robert James, Ph.D., P.E., of YAES inspected the residence on November 12, 2024, to document the condition of the roof covering. Ms. Hill was present during our inspection and provided access to the building. Ms. Williams with Christian & Small, LLP and Hunter Salamone with McHard, McHard, Anderson & Associates, PLLC, were also present during the inspection.

## OBSERVATIONS

- The exterior of the building was covered with lapped horizontal vinyl siding (Figure 1 through Figure 4).

- There was damage to the base of the siding from lawn maintenance activities (Figure 5).

- There were approximately four loose pieces of vinyl on the building. The loose siding was located in the bottom third of the exterior wall and near the base of windows (Figure 6 and Figure 7).

- There were no observed broken glass panes in the windows or doors around the building.

- The soffit was intact and in place.

- The roof was covered with fastened metal panels. From the ground, the roof covering appeared to be in good condition. There were two vent pipe penetrations in the roof covering, one on the north roof slope near the eave and one on the south roof slope in the front half (Figure 8 and Figure 9).

EXHIBIT A

Hill Residence                                                        YAES No. ES-20244053
Claim No. 014843458                                                  January 31, 2025

- Attic ventilation was achieved through gable and ridge vents (Figure 10).

- On the interior of the building, portions of wall separating the master bedroom and office on the east end of the building had been removed (Figure 11 and Figure 12).

- The wall covering and insulation had been removed from the center portion of the east end of the building in the master bedroom. There were no water stains observed on the interior of the wall sheathing or on the exposed wall components (Figure 13).

- There were water stains labeled "leak" observed in the ceiling in the center of the east end of the building adjacent to the attic scuttle hole (Figure 14).

- There was an additional "leak" label on the underside of a top plate of one of the removed walls. There was no apparent water stain observed around this label (Figure 15).

- On the north wall of the master bedroom, there was a faint circular water stain and some of the ceiling and wall had been re-painted (Figure 16).

- In the master bathroom, there were water spots and a "leak" label observed on the bathroom ventilation fan. There was no water staining observed on the ceiling around the ventilation fan (Figure 17).

- There was water staining at the roof wall intersection of the master bedroom closet adjacent to the master bathroom. This was not identified as a "leak" by the homeowner (Figure 18).

- In the attic, there was visible light through the gable end vents (Figure 19).

- There was an estimated 2.5-inch opening in the sheathing at the ridge to allow for ventilation (Figure 20).

- There was blocking and a small piece of replaced sheathing installed near the ridge of the east end of the building. This was located above the approximate area of the water staining in the ceiling near the attic scuttle hole shown in Figure 14 (Figure 21 and Figure 22).

- There was an apparent replaced section of sheathing upslope of the vent pipe penetration to the master bathroom. There was dark staining on a truss member to the north of the replaced sheathing. The bathroom ventilation exhaust was uninsulated and terminated in the attic (Figure 23).

- There was dark staining and deterioration in the roof sheathing near the north eave of the roof in above the master bedroom (Figure 24).

## Meteorological Report

Hurricane Ida made landfall on August 29, 2021, near Port Fourchon, Louisiana as a Category 4 hurricane on the Saffir-Simpson hurricane wind scale with maximum sustained winds of 150 mph. We obtained a wind report from CoreLogic that occurred in the area of the subject building from January 17, 2015, to January 16, 2025.  According to the report, there was an estimated maximum windspeed of 42 miles per hour (mph) on August 29, 2021. There were numerous instances of estimated maximum wind speeds reported at the property that were higher than 42 mph within

EXHIBIT A

the timeframe of the report. The highest estimated maximum windspeed at the property was 70 mph on August 30, 2017.

Additionally, the Weather Underground Website reported wind gusts up to 38 mph and 4.8 inches of rain on August 30, 2021, at the Hattiesburg-Laurel Regional Station. The Hattiesburg-Laurel Regional station is approximately 15 miles from the subject property.

## DISCUSSION

The roof covering, including the boot flashings around the roof penetrations had been replaced prior to the YAES inspection, therefore, we are unable to comment on the condition of these roof components or damage to the roof covering prior to the replacement. In the attic of the building, we also observed two areas where the roof sheathing had been replaced presumably during the roof covering replacement. One area was adjacent to the ridge on the north slope of the building that appeared to be the location presented in the prior inspection photographs (photograph 27, September 10, 2021) of some dark staining in the roof sheathing. This replaced area was also located approximately over the water stains in the ceiling adjacent to the attic scuttle hole indicating that the water causing the stain came from this area near the east end of the ridge. The dark staining observed in the photograph requires repeated wettings over a period of time and would not occur during a single storm event that occurred approximately 10 days before the photograph was taken. It is possible that the heavy rains and wind accompanying the storm event caused an increase in the water intrusion through preexisting openings giving the appearance of a new leak to the homeowner. The staining in the ceiling adjacent to the scuttle hole appeared identical to the staining observed at all three prior inspections.

The master bathroom fan had a "leak" label on the fan. There were water spots observed on the fan, but no staining was observed around the fan. Water spots on a bathroom fan are often the result of condensation occurring within the ventilation duct, where warm, moist air from the bathroom meets cooler air in the attic during cooler months.  This condensation causes water droplets to form and drip back onto the fan itself. This especially occurs with an uninsulated ventilation duct as was observed in the attic of the subject property.

There was dark staining noted on the truss adjacent to an area of replaced roof sheathing upslope of the bathroom ventilation penetration. Similar to the staining near the ridge, this type of staining on the truss occurs over repeated wettings and not from a single storm event. The dark staining on the truss and the replaced sheathing indicated another possible long-term leak, however this leak may not have reached the interior of the building.

Some painting, and a light water stain was observed on the north end of the master bedroom ceiling. The staining in the ceiling appeared to be under the dark staining observed in the roof sheathing during our inspection and near the prior installation of the satellite dish mount

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025

(photograph 90, October 25, 2021). The staining was consistent with water entering through openings around the installation of the satellite dish mount. This type of staining on the roof sheathing occurs over repeated wettings and not from a single storm event. The date of the painting on the ceiling and walls is unknown.

There was a water intrusion reported in the center of the east wall. The wall covering and insulation had been removed and no staining on the wall sheathing or wall studs, top or base plates was observed during our inspection or in the prior inspection photographs. This location was under the east gable end vent that was also located in the east wall of the building. It is possible for rainwater to enter through the louvers of the gable vent, especially during a wind event with the quantity of water that was reported. The reported water intrusion in this area is consistent with rainwater entering the gable end vent.

Based on observations during the YAES inspection as well as information from the provided photographs, the water intrusions appeared to have occurred through pre-existing openings. As mentioned earlier, heavy rains and winds can cause result in an increase in the water intrusion through preexisting openings, giving the appearance of a new leak to the homeowner, when during less intense rain events the water intrusion stops in the attic.

On the exterior walls of the building, we noted approximately four pieces of loose vinyl siding on the south and east elevations. This loose siding was consistent with damage caused by high wind pressures, but it could also be the result of expansion and contraction, especially in the areas where the ends of the siding are constricted.

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025

## CONCLUSIONS

The analysis of available evidence related to this project supports the following conclusions:

1. The roof covering, including the boot flashings around the roof penetrations had been replaced prior to the YAES inspection, therefore, we are unable to comment on the condition of these roof components or damage to the roof covering prior to the replacement.

2. Based on observations during the YAES inspection as well as information from the provided photographs, the water intrusions appeared to have occurred through pre-existing openings. Heavy rains and winds can cause result in an increase in the water intrusion through preexisting openings and give the appearance of a new leak to the homeowner.

3. A small area of roof sheathing was replaced adjacent to the ridge on the north slope of the building that appeared to be the location presented in the prior inspection photographs (photograph 27, September 10, 2021) of some dark staining in the roof sheathing. This replaced area was also located approximately over the water stains in the ceiling adjacent to the attic scuttle hole indicating that the water causing the stain came from this area near the east end of the ridge. The dark staining observed in the photograph requires repeated wettings over a period of time and would not occur during a single storm event that occurred approximately 10 days before the photograph was taken.

4. The water spots observed on the master bathroom fan were the result of condensation occurring within the ventilation duct.

5. The light water stain observed on the north end of the master bedroom ceiling and the staining observed in the roof sheathing over this location were consistent with water entering through openings around the installation of the satellite dish mount.

6. The reported water intrusion in the center east wall is consistent with rainwater entering the gable end vent.

7. The observed four pieces of loose siding were consistent with damage caused by high wind pressures, but it could also be the result of expansion and contraction, especially in the areas where the ends of the siding are constricted.

EXHIBIT A

Hill Residence                                                    YAES No. ES-20244053
Claim No. 014843458                                               January 31, 2025

## CLOSING

YAES appreciates the opportunity to assist with this project. Our conclusions and recommendations are based on the conditions accessible and visible at the time of our inspection and on the information contained in the records and reports discussed herein. Should additional information become available, please forward to us so that we may review and consider it. Please contact Dr. James if you have any questions or require additional services related to this project.

EXHIBIT A

**APPENDIX A**

**Representative Photographs**

EXHIBIT A

Hill Residence                                    YAES No. ES-20244053
Claim No. 014843458                               January 31, 2025



*Figure 1: Front (west) elevation of the building.*



*Figure 2:  Left (north) elevation of the building.*

EXHIBIT A

Hill Residence                                          YAES No. ES-20244053
Claim No. 014843458                                     January 31, 2025



*Figure 3: Right (south) elevation of the building.*



*Figure 4: Rear (east) elevation of the building.*

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025



*Figure 5: View of damage to the vinyl siding on the south side of the building from lawn maintenance.*



*Figure 6: View of loose siding on the south side of the building.*

EXHIBIT A

Hill Residence                                                                    YAES No. ES-20244053
Claim No. 014843458                                                                      January 31, 2025



*Figure 7: View of loose siding on the east side of the building.*



*Figure 8: View of a roof penetration on the north roof slope.*

EXHIBIT A

Hill Residence                                                          YAES No. ES-20244053
Claim No. 014843458                                                          January 31, 2025



*Figure 9: View of a roof penetration on the south roof slope.*



*Figure 10:  View of the gable vent on the east side of the building.*

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025



*Figure 11: Overview the bedroom in the northeast corner of the building.*



*Figure 12: View of the location of the removed walls.*

EXHIBIT A

Hill Residence                                                                           YAES No. ES-20244053
Claim No. 014843458                                                                     January 31, 2025



*Figure 13: View of the removed wall covering and insulation on the east end of the building.*



*Figure 14: View of the water staining in the ceiling in the center of the east end of the building.*

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025



*Figure 15: View of the leak label at the location of the removed wall.*



*Figure 16: View of a light-colored stain (circled) and painted ceiling on the east end of the master bedroom ceiling.*

Hill Residence                                                                  YAES No. ES-20244053
Claim No. 014843458                                                             January 31, 2025



*Figure 17: View of water spots and the leak label on the master bathroom ventilation fan.*



*Figure 18: View of staining in the ceiling of the master bedroom closet.*

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025



*Figure 19: View of the east gable end.*



*Figure 20: View of the ridge vent.*

EXHIBIT A

Hill Residence                                                    YAES No. ES-20244053
Claim No. 014843458                                              January 31, 2025



*Figure 21: View of the blocking for a section of replaced sheathing.*



*Figure 22: View of a piece of replaced sheathing at the ridge.*

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025



*Figure 23: View of an apparent piece of replaced sheathing upslope of the master bathroom vent. Note the dark staining on the truss member (circled).*



*Figure 24: View of staining and suspected fungal growth near the eave over the master bedroom.*

EXHIBIT A

Hill Residence                                          YAES No. ES-20244053
Claim No. 014843458                                        January 31, 2025

**APPENDIX B**

**Weather Data**

EXHIBIT A

Hill Residence                                           YAES No. ES-20244053
Claim No. 014843458                                      January 31, 2025

# CoreLogic
## Weather Verification Services

## 🌬 Wind Verification Report

| Claim or Reference # | 014843458 |
|---|---|
| Insured/Property Owner | Hill |
| Address | 8 Annie Christie Drive<br>Hattiesburg, MS 39401 |
| Coordinates | Latitude 31.291593, Longitude -89.285329 |
| Reported Date Of Loss | 08/29/2021 |
| Date Range | 01/17/2015 to 01/16/2025 |
| Report Generated | 01/17/2025 |

## Storm Events

| Date | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| 12/28/2024 | 53 MPH | 60 MPH | 72 MPH | 73 MPH |
| 12/27/2024 | 44 MPH | 46 MPH | 62 MPH | 64 MPH |
| 08/17/2024 | 58 MPH | 64 MPH | 66 MPH | 66 MPH |
| 07/18/2024 | 57 MPH | 60 MPH | 62 MPH | 62 MPH |
| 06/05/2024 | 56 MPH | 61 MPH | 64 MPH | 66 MPH |
| 06/04/2024 | 56 MPH | 60 MPH | 63 MPH | 63 MPH |
| 05/12/2024 | 60 MPH | 64 MPH | 70 MPH | 72 MPH |
| 01/08/2024 | 50 MPH | 57 MPH | 64 MPH | 65 MPH |
| 07/12/2023 | 58 MPH | 60 MPH | 63 MPH | 66 MPH |
| 06/14/2023 | 60 MPH | 62 MPH | 66 MPH | 68 MPH |
| 05/05/2023 | 65 MPH | 68 MPH | 72 MPH | 74 MPH |
| 12/14/2022 | 58 MPH | 62 MPH | 65 MPH | 65 MPH |
| 11/29/2022 | 53 MPH | 59 MPH | 61 MPH | 61 MPH |
| 08/24/2022 | 61 MPH | 64 MPH | 70 MPH | 73 MPH |
| 06/10/2022 | 65 MPH | 66 MPH | 67 MPH | 67 MPH |
| 05/25/2022 | 59 MPH | 60 MPH | 62 MPH | 64 MPH |
| 04/17/2022 | 64 MPH | 65 MPH | 66 MPH | 67 MPH |
| 04/13/2022 | 58 MPH | 59 MPH | 60 MPH | 61 MPH |
| 03/30/2022 | 64 MPH | 65 MPH | 67 MPH | 67 MPH |
| 08/29/2021 | 42 MPH | 45 MPH | 51 MPH | 58 MPH |
| 06/13/2021 | 65 MPH | 66 MPH | 67 MPH | 67 MPH |
| 04/23/2021 | 55 MPH | 58 MPH | 61 MPH | 62 MPH |

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025

| Date | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
|------|-------------|----------------|----------------|----------------|
| | | Estimated Maximum Windspeed | | |
| 04/09/2021 | 61 MPH | 63 MPH | 67 MPH | 68 MPH |
| 03/17/2021 | 61 MPH | 63 MPH | 64 MPH | 64 MPH |
| 10/28/2020 | 61 MPH | 63 MPH | 64 MPH | 64 MPH |
| 08/16/2020 | 56 MPH | 58 MPH | 61 MPH | 64 MPH |
| 08/02/2020 | 53 MPH | 55 MPH | 61 MPH | 61 MPH |
| 06/25/2020 | 56 MPH | 57 MPH | 58 MPH | 62 MPH |
| 06/05/2020 | 55 MPH | 57 MPH | 59 MPH | 61 MPH |
| 05/24/2020 | 59 MPH | 60 MPH | 63 MPH | 64 MPH |
| 04/19/2020 | 65 MPH | 67 MPH | 71 MPH | 72 MPH |
| 01/11/2020 | 57 MPH | 59 MPH | 60 MPH | 61 MPH |
| 07/14/2019 | 57 MPH | 58 MPH | 64 MPH | 66 MPH |
| 06/25/2019 | 56 MPH | 58 MPH | 59 MPH | 59 MPH |
| 04/18/2019 | 60 MPH | 62 MPH | 63 MPH | 64 MPH |
| 03/10/2019 | 47 MPH | 53 MPH | 60 MPH | 60 MPH |
| 10/31/2018 | 63 MPH | 65 MPH | 67 MPH | 67 MPH |
| 09/04/2018 | 66 MPH | 68 MPH | 68 MPH | 68 MPH |
| 08/16/2018 | 58 MPH | 60 MPH | 61 MPH | 61 MPH |
| 07/31/2018 | 54 MPH | 55 MPH | 58 MPH | 58 MPH |
| 07/19/2018 | 59 MPH | 61 MPH | 65 MPH | 67 MPH |
| 06/09/2018 | 56 MPH | 59 MPH | 61 MPH | 64 MPH |
| 04/14/2018 | 64 MPH | 66 MPH | 67 MPH | 67 MPH |
| 03/29/2018 | 55 MPH | 57 MPH | 58 MPH | 58 MPH |
| 10/07/2017 | 58 MPH | 59 MPH | 60 MPH | 64 MPH |
| 08/30/2017 | 70 MPH | 73 MPH | 74 MPH | 75 MPH |
| 06/22/2017 | 54 MPH | 56 MPH | 59 MPH | 59 MPH |
| 06/16/2017 | 63 MPH | 65 MPH | 66 MPH | 68 MPH |
| 06/14/2017 | 62 MPH | 64 MPH | 65 MPH | 65 MPH |
| 05/21/2017 | 62 MPH | 65 MPH | 68 MPH | 70 MPH |
| 04/30/2017 | 52 MPH | 54 MPH | 58 MPH | 62 MPH |
| 04/22/2017 | 55 MPH | 57 MPH | 58 MPH | 58 MPH |
| 04/02/2017 | 56 MPH | 58 MPH | 59 MPH | 59 MPH |
| 03/29/2017 | 60 MPH | 61 MPH | 61 MPH | 62 MPH |
| 03/27/2017 | 52 MPH | 56 MPH | 58 MPH | 58 MPH |
| 01/20/2017 | 69 MPH | 72 MPH | 73 MPH | 73 MPH |
| 01/02/2017 | 62 MPH | 63 MPH | 64 MPH | 64 MPH |
| 09/25/2016 | 61 MPH | 62 MPH | 64 MPH | 64 MPH |
| 07/06/2016 | 58 MPH | 61 MPH | 63 MPH | 63 MPH |
| 06/17/2016 | 64 MPH | 65 MPH | 66 MPH | 66 MPH |

EXHIBIT A

Hill Residence
Claim No. 014843458

YAES No. ES-20244053
January 31, 2025

| Date | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| 05/19/2016 | 56 MPH | 58 MPH | 61 MPH | 62 MPH |
| 04/14/2016 | 52 MPH | 54 MPH | 59 MPH | 60 MPH |
| 03/31/2016 | 57 MPH | 60 MPH | 62 MPH | 64 MPH |
| 03/30/2016 | 60 MPH | 61 MPH | 63 MPH | 63 MPH |
| 03/17/2016 | 56 MPH | 57 MPH | 60 MPH | 63 MPH |
| 02/23/2016 | 61 MPH | 63 MPH | 65 MPH | 66 MPH |
| 02/15/2016 | 61 MPH | 63 MPH | 64 MPH | 64 MPH |
| 10/31/2015 | 62 MPH | 67 MPH | 70 MPH | 70 MPH |
| 08/08/2015 | 48 MPH | 51 MPH | 58 MPH | 59 MPH |
| 07/30/2015 | 53 MPH | 55 MPH | 58 MPH | 65 MPH |
| 07/05/2015 | 60 MPH | 61 MPH | 63 MPH | 64 MPH |
| 07/04/2015 | 57 MPH | 62 MPH | 65 MPH | 66 MPH |
| 04/15/2015 | 53 MPH | 56 MPH | 61 MPH | 62 MPH |

• Wind dates begin at 6am CST on the indicated day and end at 6am CST the following day.
• Report contains all events where wind of 58 MPH or greater was detected within 3 miles of the location.
• Wind speeds within this report represent 3-second wind gusts at 10 meters, starting at 40 MPH and increasing in 1 MPH increments.
• Date of loss field will ignore the normal threshold of 58 MPH within 3 miles, and will report any wind speed down to 40 MPH.
• Date of loss is now a 72-hour window around the specified date. The report will show the highest wind speed detected within this window and list the relevant date. If wind occurs 24 hours before or after, those dates will also be included.

EXHIBIT B

# Robert S. James, Ph.D., P.E.
YA Engineering Services

---

## Background

Dr. James holds a B.C.E and M.S. in Civil Engineering from Auburn University and a Ph.D. in Civil Engineering from Mississippi State University. He has been a registered professional engineer for over 20 years and is licensed in Alabama, Arkansas, Colorado, Florida, Georgia, Louisiana, Mississippi, North Carolina and Texas. He has over 25 years of experience in research, testing, design, and construction of pavement and civil materials and residential and commercial building construction.

Dr. James has developed mix designs and pavement structures of asphalt and concrete pavements for private clients, state and federal government agencies, and the military. He has performed research on pavement materials, design and construction processes, and construction and laboratory equipment. He has developed pavement management strategies for airfields and is familiar with concrete and asphalt pavement distresses.

As an inspector, Dr. James has performed pile foundation inspections, performed legal compliance and best practice audits for asphalt and concrete plants, and determined causes for pavement failures. He also has knowledge and experience investigating building envelope failures including foundation, floor, wall, and roof systems. He has forensic engineering experience related to high-load pavements, airfields, residential and commercial structures, soils, asphalt and concrete, masonry, roofs, building components, waterproofing, construction materials, building codes, storm damage, and water infiltration damage. Dr. James has formally instructed industry personnel on proper lab and field-testing techniques, taught high school physics, and occasionally guest lectures for high school engineering classes.

## Sampling of Professional Engagements

**Municipal/Commercial**

- Cordova Concrete – Memphis, TN (2012), Designed concrete laboratory trial mixes for Overton Square Garage.
- Jackson-Evers International Airport – Rankin County, MS (2012), Performed investigation, designed asphalt pavement structure and made construction recommendations for Runway 16R/34L repairs.
- Mid-Delta Regional Airport – Greenville, MS (2012), Investigated pavement and soil structure of the hangar taxiway using a Heavy Weight Deflectometer and Ground Penetrating Radar.
- Yazoo County Airport – Yazoo City, MS (2011), Performed investigation to determine if post flood pavement was suitable to carry aircraft loads.
- Coast Guard Communication Station – Belle Chasse, LA (2011), Performed investigation, designed

EXHIBIT B

asphalt pavement structure and made construction recommendations for pavement rehabilitation.

- Mississippi Air National Guard – Jackson, MS (2011), Designed concrete pavement structure and made construction recommendations for perimeter road intersections.
- Gulfport-Biloxi International Airport – Gulfport, MS (2011), Performed investigation, designed asphalt and concrete pavement structure and made construction recommendations for the Runway 18/36 Extension and Taxiway J.
- Gulfport-Biloxi International Airport – Gulfport, MS (2010), Surveyed pavements to help determine a maintenance strategy.
- Yazoo County Airport – Yazoo City, MS (2010), Performed investigation, designed asphalt pavement structure and made construction recommendations for a new Fixed Base Operator apron.
- Gulfport-Biloxi International Airport – Gulfport, MS (2010), Performed investigation, designed asphalt and concrete pavement structure and made construction recommendations for the Taxiway J North, Perimeter Road, and for the Taxiway B rehabilitation and widening for C-17 traffic.
- Old Capitol Green – Jackson, MS (2009), Performed geotechnical investigation for water and sewer improvements.
- Joint Force Headquarters, Air National Guard – Jackson, MS (2009), Performed investigation, designed asphalt pavement structure and made construction recommendations for the parking lot.
- Gulfport-Biloxi International Airport – Gulfport, MS (2009), Pavement Condition Index Survey.
- Roscoe Turner Airport – Corinth, MS (2009), Performed investigation, designed asphalt pavement structure and made construction recommendations for the parallel taxiway

## Sampling of Forensic Engagements

**Natural Disaster/Weather**

- Madison, MS (2019), hail and wind investigation of residential building
- Lexington, MS (2019), hail damage investigation of school building
- Vicksburg, MS (2019), flood damage to residential building piers
- Vicksburg, MS (2019), structural inspection of a boat dock following flood
- Hernando, MS (2020), structural inspection, tornado
- Ridgeland, MS (2020), hail/wind investigation apartment complex
- Jonesboro, LA (2020), structural inspection, tornado
- Dequincy, LA (2020), structural inspection, Hurricane Laura
- Lake Charles, LA (2020), structural inspection, Hurricane Laura
- Kinder, MS (2020), structural inspection, Hurricane Laura
- Pine Bluff, AR (2020), hail/wind investigation apartment complex
- Carthage, MS (2020), poultry house roof inspections
- Boyce, LA (2020), structural inspection, Hurricane Laura
- Hackberry, LA (2020), structural inspection, Hurricane Delta

EXHIBIT B

- Vaiden, MS (2020), service station roof inspection
- Marion, LA (2021), poultry house collapse (ice loading)
- Hattiesburg, MS (2021), church roof investigation, Hurricane Ida
- Smithdale, MS (2022), roof inspection (snow loading)
- Monticello, MS (2023), structural inspection, tornado
- Amory, MS (2023), structural inspection, tornado
- Rolling Fork, MS (2023), structural inspection, tornado

- **Municipal/Commercial**
  - Kosciusko, MS (2019), water intrusions through roof coverings of church
  - Macon, MS (2019), differential settlement of church building
  - Starkville, MS (2019), water main break by horizontal drilling
  - Bolton, MS (2020), church scissor truss failure
  - Philadelphia, MS (2020), church roof shingle inspection
  - Lorena, TX (2020), vehicle crash road damage cost verification
  - Leland, MS (2020), grain bin structural inspection
  - West Monroe, LA (2021), EIFS investigation
  - Yazoo City, MS (2021), ice dam investigation
  - Greenwood, MS (2021), nursing home roof investigation
  - Vidalia, LA (2021), asbestos roof tile investigation
  - Star, MS (2021,) vehicle impact to church structural investigation
  - Jackson, MS (2022), church roof hail investigation
  - Yazoo City, MS (2022), hotel roof investigation
  - Yazoo City, MS (2022), police department roof and water intrusion investigation
  - Tyler, TX (2022), pavement defect investigation
  - Ruston, LA (2023), vehicle impact to building structural investigation
  - Abilene, TX (2023), pavement investigation following accident

- **Residential**
  - Bastrop, LA (2019), flooring damage due to hot water heater leak
  - Caledonia, MS (2019), flooring damage due to moisture intrusion
  - Jackson, MS (2019), water intrusion source identification
  - Vicksburg, MS (2019), multiple incidences of water intrusion in roof covering
  - West Point, MS (2019), flooring damage due to moisture intrusion
  - Canton, MS (2020), residential foundation movement
  - Scobey. MS (2020), residential overpressure explosion
  - Jackson, MS (2020), residential wood-boring insect damage
  - Yazoo City, MS (2020), residential landslide investigation
  - Jackson, MS (2021), multiple cast iron pipe investigations
  - Fairbanks, LA (2021), tree strike investigation
  - Madison, MS (2021), boat dock movement investigation
  - Florence, MS (2021), deck collapse investigation

EXHIBIT B

- Pearlington, MS (2021), flood investigation
- Madison, MS (2022), wood shake roof investigation
- Columbus, MS (2022), structural investigation following fire
- Pearl, MS (2022), vehicle impact investigation
- Southaven, MS (2023), concrete tile roof investigation
- Sumrall, MS (2023), collapsed floor investigation
- Crystal Springs, MS (2023), clay tile roof investigation

## Professional Experience

**Young and Associates Engineering Services**                                      2024 – present

Responsible for performing and reporting forensic investigations, structural and building envelope investigations, and expert services.

**Grover James Engineering – formerly RSJ Engineers**                              2019 – 2024

- Principal Engineer/Owner

Responsible for performing and reporting forensic investigations, structural and building envelope investigations, and expert services.

**James Wellness, LLC**                                                            2009 – 2019

- Owner

Provided solutions for personal health and wellness and trained organization regarding leadership and business concepts

**Burns Cooley Dennis, Inc.**                                                      2006 – 2012

- Pavement/Materials Engineer

Performed geotechnical investigations, pavement structure designs, and mix designs; evaluated construction material test results and performed state and federal research

**APAC Materials Services**                                                        2005– 2006

- Materials Engineer III/Lab Manager

Managed corporate laboratory and trained APAC employees, performed asphalt and concrete mix designs, performed audits on asphalt plants, and performed corporate and state research

**National Center for Asphalt Technology**                                         2000– 2005

- Research Engineer

Performed research and development on aggregates, asphalt materials, and related equipment, taught courses to industry personnel.

**LAW Engineering**                                                                1999– 2000

- Staff Professional

Conducted geotechnical explorations, foundation design, and construction material testing.

**National Center for Asphalt Technology**                                         1997– 1998

- Lab Technician

Performed asphalt and aggregate testing pertinent to research and mix designs.

**JESCO, Inc.**                                                                    1996-1997

- Cooperative Education Student

Involved in estimating and project management of large commercial buildings.

**Agape Builders**                                                                 1993– 1996

EXHIBIT B

- Laborer
  Performed low and medium skill construction tasks for residential construction during school breaks.

## Education and Certifications

**Civil Engineering, B.C.E.:** Auburn University (1999)
**Civil Engineering, M.S.:** Auburn University (2005)
**Civil Engineering, Ph.D.:** Mississippi State University (2014)

## Continuing Education

Vale Training: Advanced Roofing Certification
Agricultural Claims Association: Grain Bin Storage and Material Handling Course

## Memberships

National Society for Professional Engineers
American Society of Civil Engineers
ASCE Transportation and Development Institute

EXHIBIT R

# YA Engineering Services
# Rate Schedule

*The following fee schedule is for professional services based on hourly rates plus reimbursable expenses*

|  | **Hourly Rate** |
|---|---|
| PRESIDENT | $400 |
| VICE PRESIDENT | $375 |
| DIRECTOR | $350 |
| SENIOR MANAGING ENGINEER/ARCHITECT | $335 |
| SENIOR MANAGING MATERIALS SCIENTIST | $335 |
| SENIOR PROJECT MANAGER | $310 |
| SENIOR MATERIALS SCIENTIST | $310 |
| PROJECT MANAGER | $290 |
| METEOROLOGIST | $265 |
| SENIOR ASSOCIATE | $265 |
| ASSOCIATE III | $220 |
| ASSOCIATE II | $190 |
| ASSOCIATE I | $140 |
| SENIOR TECHNICIAN | $215 |
| TECHNICIAN | $170 |
| SPECIALIST | $140 |
| SENIOR DRAFTER | $125 |
| DRAFTER | $100 |

**OTHER RELATED EXPENSES**

For preparation for and testimony at trial, deposition, mediation and/or arbitration, standard rates are marked up approximately 20%.

Reimbursable expenses that are directly related to the project, such as travel, lodging, meals, photographs and supplies are invoiced at cost. Consulting fees are invoiced monthly, payable in 30 days.

Outside professional services invoiced through YA Engineering Services will include a management fee of 20%.

A $150 file opening fee is charged to all projects.

Federal Tax ID Number: 83-2051691

www.YAEServices.com
Services in CT, MI, NY and NC provided through YA Engineering, PLLC
Services in CA provided through YA Engineering Services, Inc.