IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,
Plaintiff,
v.
AUTO CLUB FAMILY INSURANCE COMPANY
Defendant

CASE NO.: 2:24-cv-00107-KS-BWR
August 19, 2025

## MOTION TO COMPEL DISCOVERY (FRCP 37(a)) and GOOD-FAITH CERTIFICATE (L.U.Civ.R. 37)
## PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR ENTRY OF AN ORDER REQUIRING PRODUCTION

1. Plaintiff moves pursuant to Fed. R. Civ. P. 37(a)(1) to compel Defendant to produce documents and ESI responsive to Plaintiff's Requests for Production served on June 12, 2025 and documented on Doc. 64 entry, and to compel a Rule 30(b)(6) corporate designee deposition on topics identified in the attached Notice (Exhibit A-Production Request). Under Rule 37, a motion to compel must include a certification that counsel conferred in good faith to resolve the dispute. Plaintiff has conferred in writing and the parties cannot agree; a detailed conferral chronology is attached as (Exhibit B-Email Production Request).

2. Requested relief: (a) an order compelling production of responsive documents and ESI within 3 days; (b) an order requiring production of ESI in native format (with metadata) and a privilege log complying with Rule 26(b)(5); (c) an order requiring a Rule 30(b)(6) deposition on the topics in Exhibit A within 3 days; (d) fees and costs under Rule 37(a)(5) for the motion to compel due to the Defendant's unjustified failure to produce; and (e) other relief the Court deems appropriate.

GOOD-FAITH CERTIFICATE (L.U.Civ.R. 37)

3. Pursuant to Local Uniform Civil Rule 37 and Rule 37(a), Plaintiff certifies that counsel conferred in good faith with opposing counsel in an attempt to obtain the requested discovery without Court action; those conferrals are documented in Exhibit B. Plaintiff requests the Court grant the relief requested and award reasonable expenses including attorney fees/fees under Rule 37(a)(5) if Defendant's opposition is not substantially justified.

**Key authorities:** Fed. R. Civ. P. 37 (compel/sanctions), Rule 34 (RFP/ESI), Local Uniform Civil Rules (meet-and-confer requirement).

Respectfully submitted August 19, 2025,

*Proposed order submitted

By: *(signature)*
Latasha Hill
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**Latasha Hill,**

**Plaintiff,**

v.

**AUTO CLUB FAMILY INSURANCE COMPANY,**

**Defendant.**

**Case No.: 2:24-cv-00107-KS-BWR**

**Date: August 19, 2025**

## CERTIFICATE OF SERVICE

Pursuant to 28 USC § 1915, FRCP 37(a), Rule 26(b)(5), FRCP 37(c)(1), FRCP 26(g) & 34(b)(2)(B), FRE 401/402/403, FRE 803(6)/805/901, FRE 702, FRE 1002/1003 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 5(d)(1) I, Latasha Hill, certify that on August 19, 2025, I will serve this Motion for Appointment of experienced bad faith counsel, Motel To Compel Discovery, Motion to Exclude Exhibits, Motion in Limine to exclude references to plaintiff pro se status, Motion to limit claim files, Motion to Exclude unreliable testimony, and Motion in Limine to require authentication on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By:\_\_\_/s/Latasha Hill\_\_
Latasha Hill
Propria Persona
Sui Juris