## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**Latasha Hill,**
Plaintiff,
v.

**AUTO CLUB FAMILY INSURANCE COMPANY**
Defendant

**CASE NO.: 2:24-cv-00107-KS-BWR**
**August 19, 2025**

### Notice To The Court
### Concrete Categories of Prejudice

#### A. Deposition impairment and duplication.

Late and unusable productions deprived Plaintiff of the ability to examine witnesses with core documents, forcing re-opened depositions, extra preparation time, and transcript costs. Rule 30(d)(1) presumes a single 7-hour day per witness; therefore late "document dumps" compress or waste that time and justify additional time and cost-shifting.

#### B. Summary-judgment prejudice.

Plaintiff cannot present facts essential to oppose or bring summary judgment where responsive documents remain withheld; this supports relief under Rule 56(d) and schedule modification under Rule 16(b)(4).

#### C. ESI formatting and searchability prejudice.

Producing non-searchable images instead of reasonably usable ESI (with metadata) increases attorney review time and obscures key fields (dates, authors, custodians), causing measurable cost and delay. Rule 34(b)(2)(E)(ii).

D. **Privilege-log prejudice.**

Withholdings without a Rule 26(b)(5)(A) log deprive Plaintiff and the Court of the information necessary to test claims of privilege, blocking targeted challenges and narrowing issues.

E. **Spoliation prejudice.**

Deletion or failure to preserve the digital master file of the claims manual and its associated metadata after the duty to preserve attached impairs proof of bad faith/notice/causation/damages. At minimum, curative measures are warranted under Rule 37(e)(1); if intent to deprive is shown, adverse-inference or dispositive sanctions may be imposed consistent with Fifth Circuit law.

F. **Protective-order and confidentiality over-designation.**

Over-use of "Confidential"/AEO designations has blocked fact witnesses from seeing their own documents and increased motion practice; the Fifth Circuit affirms sanctions for protective-order violations and abuse.

G. **Multiplication of proceedings (fee prejudice).**

Defendant's serial noncompliance, missed deadlines, and evasive responses required multiple conferences, letters, motions, and hearings, multiplying proceedings without justification— grounds for fee-shifting under Rule 37 and 28 U.S.C. § 1927.

H. **Scheduling prejudice to trial preparation.**

Every late or deficient production compresses expert disclosures, Daubert, and motion practice, contrary to Rule 1 and the Court's scheduling order under Rule 16.

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America , acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document  in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. The plaintiff proceeds in Good Faith.

Latasha Hill
In Propria Persona, sui juris
All Rights Reserved
Without Prejudice, Without Recourse

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**Latasha Hill,**

**Plaintiff,**

**v.**

**AUTO CLUB FAMILY INSURANCE COMPANY,**

**Defendant.**

**Case No.: 2:24-cv-00107-KS-BWR**

**Date: August 19, 2025**

### CERTIFICATE OF SERVICE

Pursuant to 28 USC § 1915, FRCP 37(a), Rule 26(b)(5), FRCP 37(c)(1), FRCP 26(g) &
34(b)(2)(B), FRE 401/402/403, FRE 803(6)/805/901, FRE 702, FRE 1002/1003 of the Federal
Rules of Civil Procedure and Local Uniform Civil Rule 5(d)(1) I, Latasha Hill, certify that on
August 19, 2025, I will serve this Motion for Appointment of experienced bad faith counsel,
Motel To Compel Discovery, Motion to Exclude Exhibits, Motion in Limine to exclude
references to plaintiff pro se status, Motion to limit claim files, Motion to Exclude unreliable
testimony, and Motion in Limine to require authentication on Priscilla K. Williams via email
pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By:___ /s/Latasha Hill__
Latasha Hill
Propria Persona
Sui Juris