SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 1 9 2025
BY ARTHUR JOHNSTON DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**Latasha Hill,**
Plaintiff,

v.

**AUTO CLUB FAMILY INSURANCE COMPANY**
Defendant

CASE NO.: 2:24-cv-00107-KS-BWR
August 19, 2025

## MOTION IN LIMINE TO EXCLUDE REFERENCES TO PLAINTIFF'S PRO SE STATUS, FINANCIAL HARDSHIPS, OR OTHER IRRELEVANT CHARACTER ATTACKS (FRE 401/402/403)

COMES NOW Plaintiff Latasha Hill and moves to exclude any reference, exhibit, or testimony regarding Plaintiff's pro se status, financial circumstances, employment history, or unrelated character allegations that do not bear on the claims or defenses in this litigation.

## LEGAL STANDARD

Evidence must be relevant under FRE 401 to be admissible; relevant evidence may nevertheless be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion, or waste of time under FRE 403. See Fed. R. Evid. 401, 403.

## ARGUMENT

1. Plaintiff's pro se status (or any suggestion of lack of counsel) is irrelevant to the elements of the claims and would invite juror bias; courts routinely limit such references to preserve juror focus on disputed facts not procedural posture. FRE 403 supports exclusion.

2. Financial or credit history evidence that has no material bearing on liability or damages is prejudicial and should be excluded. Any attempt by Defendant to cast Plaintiff in a negative light unrelated to a recognized element should be rejected under FRE 401/403.

**RELIEF REQUESTED**

Plaintiff requests an order precluding any reference to Plaintiff's pro se status, personal finances, credit reports, or unrelated character allegations unless Defendant can show, outside the jury's presence, a direct, material connection to an element of a claim or defense.

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

Respectfully submitted August 19, 2025,

*Proposed Order Submitted

By: *Latasha Hill* (signature)
Latasha Hill
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 19, 2025

CERTIFICATE OF SERVICE

Pursuant to 28 USC § 1915, FRCP 37(a), Rule 26(b)(5), FRCP 37(c)(1), FRCP 26(g) & 34(b)(2)(B), FRE 401/402/403, FRE 803(6)/805/901, FRE 702, FRE 1002/1003 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 5(d)(1) I, Latasha Hill, certify that on August 19, 2025, I will serve this Motion for Appointment of experienced bad faith counsel, Motel To Compel Discovery, Motion to Exclude Exhibits, Motion in Limine to exclude references to plaintiff pro se status, Motion to limit claim files, Motion to Exclude unreliable testimony, and Motion in Limine to require authentication on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By:___/s/Latasha Hill__
Latasha Hill
Propria Persona
Sui Juris