SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 1 9 2025

ARTHUR JOHNSTON
BY                DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**Latasha Hill,**
Plaintiff,
v.
**AUTO CLUB FAMILY INSURANCE COMPANY**
Defendant

**CASE NO.: 2:24-cv-00107-KS-BWR**
August 19, 2025

## MOTION IN LIMINE TO EXCLUDE UNRELIABLE OR UNDULY PREJUDICIAL EXPERT TESTIMONY FRE 702; DAUBERT GATEKEEPING
Exclude Unreliable Expert Testimony — Fed. R. Evid. 702 (2023 amendment)

COMES NOW Plaintiff Latasha Hill and moves the Court to exclude any expert testimony from Defendant's experts unless the proponent demonstrates (by a preponderance) that the expert's methods are reliable, the opinions are within the expert's legitimate field, and the expert applied reliable methods to the facts of this case in a manner that will assist the trier of fact. Plaintiff requests a Daubert pretrial hearing if the Court deems it necessary.

## LEGAL STANDARD
Under FRE 702 (as amended effective Dec. 1, 2023), the proponent of expert testimony bears the burden to prove, by a preponderance, that the testimony is both reliable and fits the facts of the case; the court's gatekeeping role is enforced to exclude ipse dixit or methodology-free opinions. See Fed. R. Evid. 702; 2023 Amendments.

## ARGUMENT

1. Any expert whose opinion is unsupported by testing, reliable methodology, sufficient facts/data, or that constitutes merely conclusory ipse dixit should be excluded. The Court must examine methodology, error rates, peer review, and general acceptance where relevant. FRE 702's 2023 amendment reinforces this gatekeeping obligation.

2. Where an expert's report fails to identify data, methods, or the application connecting those methods to the case facts (including failure to disclose underlying data or a reasonable factual basis), that expert should be excluded as unreliable and unfairly prejudicial under FRE 403.

## RELIEF REQUESTED

Plaintiff requests that the Court (A) exclude any expert testimony the proponent cannot support under FRE 702; (B) require the defense to produce all underlying data, testing, validation, and methodology supporting each opinion at least [X] days before trial; and (C) hold a Daubert hearing outside the presence of the jury if the Court finds contested reliability issues.

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

Respectfully submitted August 19, 2025,
*Proposed order submitted

By: *Latasha Hill*
Latasha Hill
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

**Plaintiff,**

v.

**AUTO CLUB FAMILY INSURANCE COMPANY,**

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 19, 2025

## CERTIFICATE OF SERVICE

Pursuant to 28 USC § 1915, FRCP 37(a), Rule 26(b)(5), FRCP 37(c)(1), FRCP 26(g) & 34(b)(2)(B), FRE 401/402/403, FRE 803(6)/805/901, FRE 702, FRE 1002/1003 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 5(d)(1) I, Latasha Hill, certify that on August 19, 2025, I will serve this Motion for Appointment of experienced bad faith counsel, Motel To Compel Discovery, Motion to Exclude Exhibits, Motion in Limine to exclude references to plaintiff pro se status, Motion to limit claim files, Motion to Exclude unreliable testimony, and Motion in Limine to require authentication on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By: ___/s/Latasha Hill___
Latasha Hill
Propria Persona
Sui Juris