SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 1 9 2025

ARTHUR JOHNSTON
BY          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,
Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY
Defendant

CASE NO.: 2:24-cv-00107-KS-BWR

August 19, 2025

## MOTION IN LIMINE TO REQUIRE AUTHENTICATION & BEST-EVIDENCE FOR ALL DOCUMENTS
## FRE 901; FRE 1002 / 1003

Require Authentication and Originals — Fed. R. Evid. 901; Best Evidence Rule

COMES NOW Plaintiff Latasha Hill and moves for an order requiring that any document, policy form, computer printout, electronic record, or recording the Defendant offers at trial be properly authenticated pursuant to Fed. R. Evid. 901 and that, where the contents are at issue, the original prove the contents in accordance with the Best Evidence Rule (FRE 1002). Duplicates are admissible only under FRE 1003 when the proponent shows the duplicate is an accurate reproduction and originals are unavailable for a justified reason.

## LEGAL STANDARD

FRE 901 requires authentication or identification sufficient to support a finding that the item is what the proponent claims; FRE 1002–1003 govern the requirement of originals and admission of duplicates. The proponent bears the burden to authenticate and produce originals where the contents are at issue.

## ARGUMENT

1. Defendant should not be permitted to introduce un-authenticated forms, reconstructed documents, or hearsay email printouts without a foundation demonstrating the document's chain of custody, authorship, and accuracy. Authenticity is a threshold requirement under FRE 901.

2. Where the contents of a writing, recording, or photograph are material, the Best Evidence Rule (FRE 1002) requires the original unless a statutory or recognized exception applies. Duplicates must satisfy FRE 1003 and the proponent must justify the absence of originals.

## RELIEF REQUESTED

Plaintiff requests an order requiring the proponent to authenticate documents through competent witness testimony (custodian or 30(b)(6) witness), to produce originals for materials proving contents, and to provide foundation for any duplicate or reconstructed records before introduction at trial.

**Citations:** FRE 901; FRE 1002; FRE 1003; Best Evidence.

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

Respectfully submitted August 19, 2025,

*Proposed Order Submitted

By: _____
Latasha Hill
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**Latasha Hill,**

**Plaintiff,**

v.

**AUTO CLUB FAMILY INSURANCE COMPANY,**

**Defendant.**

**Case No.: 2:24-cv-00107-KS-BWR**

**Date: August 19, 2025**

## CERTIFICATE OF SERVICE

Pursuant to 28 USC § 1915, FRCP 37(a), Rule 26(b)(5), FRCP 37(c)(1), FRCP 26(g) & 34(b)(2)(B), FRE 401/402/403, FRE 803(6)/805/901, FRE 702, FRE 1002/1003 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 5(d)(1) I, Latasha Hill, certify that on August 19, 2025, I will serve this Motion for Appointment of experienced bad faith counsel, Motel To Compel Discovery, Motion to Exclude Exhibits, Motion in Limine to exclude references to plaintiff pro se status, Motion to limit claim files, Motion to Exclude unreliable testimony, and Motion in Limine to require authentication on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By:   /s/Latasha Hill
Latasha Hill
Propria Persona
Sui Juris