# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**Latasha Hill,**
Plaintiff,
v.
**AUTO CLUB FAMILY INSURANCE COMPANY**
Defendant

**CASE NO.: 2:24-cv-00107-KS-BWR**

**August 20, 2025**

## EXHIBIT B: CERTIFICATION OF GOOD-FAITH EFFORTS TO OBTAIN COUNSEL

## CERTIFICATION OF GOOD-FAITH EFFORTS TO SECURE COUNSEL

I, Latasha Hill, certify under penalty of perjury that I have made the following good-faith efforts to obtain counsel to represent me in this matter without court appointment prior to filing this Motion:

1. Contacted: Reeves Law Firm, PLLC, August 14, 2025, Response: ....."Will not be able to represent me regarding my matter".
2. Contacted: The Law Office of D. Reid Wamble, PLLC, August 19, 2025, Response:... "Because of my trial schedule, this is not a case that I am prepared to take".
3. Contacted: Mississippi Center for Justice, June 25, 2025, Response: "Unfortunately, our team currently does not handle these matters.
4. Contacted: Perrier & Lacoste, LLC, August 18, 2025, Response: ..."Unfortunately I'm not able to assist you at this time".....

*Emails of refusals attach as exhibits to this Motion.

I declare under penalty of perjury that the foregoing is true and correct. i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

Respectfully Submitted August 20, 2025

By: *Latasha Hill* (signature)
Latasha Hill
Without Prejudice
UCC 1-308

*Attachment to Motion to Compel Discovery and Good-Faith Certificate filed yesterday August 19, 2025.

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR