UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 20, 2025

## PLAINTIFF'S EMERGENCY MOTION TO STRIKE AND REMOVE IMPROPERLY FILED EXHIBITS

COMES NOW Plaintiff, Latasha Hill, pro se, and respectfully moves this Honorable Court for an Emergency Order striking and removing from the public record Exhibits filed by Defendant on August 18, 2025, which contained images of Plaintiff's private bedroom and children. In support, Plaintiff states:

1. On July 13, 2025, Plaintiff filed an Emergency Motion to Seal Exhibits containing sensitive photographs of the inside of her bedroom and children.
2. On July 17, 2025, this Court granted the Motion to Seal, recognizing the compelling privacy interests and risks of irreparable harm.
3. Despite this Order, on August 18, 2025, defense counsel Priscilla K. Williams filed those same sealed photographs as public exhibits (see Doc. 111-1, among others), thereby making them accessible on PACER and to the general public.
4. This act directly contravenes the Court's prior sealing Order, violates Plaintiff's fundamental right to privacy, and creates imminent risks of doxxing, harassment, stalking, and exploitation of Plaintiff and her minor children.
5. Federal Rule of Civil Procedure 5.2, Local Uniform Civil Rule 79, and established precedent require strict protection of sealed and private materials.
6. Immediate judicial intervention is necessary to prevent further dissemination of these materials and to restore compliance with the Court's Order.

**WHEREFORE, Plaintiff respectfully requests that this Court:**

a. STRIKE from the docket all improperly filed exhibits containing sealed photographs;
b. DIRECT the Clerk to remove such exhibits from PACER and any public access system;
c. ENTER an order reaffirming that these exhibits remain sealed; and
d. GRANT such further relief as the Court deems just and proper.

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

Respectfully submitted August 20, 2025

By: *Latasha Hill* (signature)
Latasha Hill
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 20, 2025

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5.2, Local Uniform Civil Rule 79 I, Latasha Hill, certify that on August 20, 2025, I will serve this Plaintiff's Emergency Motion To Strike and Remove Improperly Filed Exhibits on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By: ___/s/Latasha Hill___
Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
601-202-3262
Case: 2:24-cv-00107-KS-BWR