IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 20 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

Latasha Hill,
Plaintiff,
v.
AUTO CLUB FAMILY INSURANCE COMPANY
Defendant

CASE NO.: 2:24-cv-00107-KS-BWR
August 20, 2025

**PLAINTIFF'S EMERGENCY MOTION FOR SANCTIONS AND TO HOLD DEFENSE COUNSEL IN CONTEMPT**

COMES NOW Plaintiff, Latasha Hill, and pursuant to Fed. R. Civ. P. 11, Fed. R. Civ. P. 37(b), the Court's inherent authority, and L.U.Civ.R. 83.1, respectfully moves this Court to impose sanctions and hold defense counsel, Priscilla K. Williams, in contempt.

**GROUNDS FOR RELIEF**

1. This Court's July 17, 2025 Order explicitly sealed photographs depicting Plaintiff's bedroom and children photos.

2. Defense counsel willfully and maliciously violated this Order by re-filing those very same photographs on August 18, 2025(See Doc. 111).

3. Such misconduct was not inadvertent. The CM/ECF system provides clear warnings regarding sealed filings. Defense counsel had knowledge of the sealing order yet deliberately exposed the photographs to the public record.

4. This constitutes:
   - Knowing disobedience of a court order (Fed. R. Civ. P. 37(b)(2)(A)(i)-(vii));
   - Filing frivolous and improper papers (Fed. R. Civ. P. 11(b));
   - Bad-faith conduct justifying sanctions under the Court's inherent authority; and

- Professional misconduct under Miss. R. Prof. Conduct 3.4(c) (disobeying tribunal orders) and 8.4(d) (conduct prejudicial to justice).

**REQUESTED SANCTIONS**

Plaintiff respectfully requests that this Court:

a. Hold Priscilla K. Williams in civil contempt for violation of the sealing order;

b. Impose monetary sanctions, including Plaintiff's costs, fees, and punitive fines sufficient to deter future misconduct;

c. Strike Defendant's improper filings and preclude Defendant from using the tainted exhibits at trial or in any proceeding;

d. Refer Ms. Williams to the Mississippi Bar and this Court's Disciplinary Committee under L.U.Civ.R. 83.1;

e. Consider entry of default judgment against Defendant for willful litigation abuse, or in the alternative, strike Defendant's affirmative defenses; and

f. Grant such additional relief as justice requires.

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

Respectfully submitted August 20, 2025

By: *Latasha Hill* (signature)
Latasha Hill
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Latasha Hill,

Plaintiff,

v.

AUTO CLUB FAMILY INSURANCE COMPANY,

Defendant.

Case No.: 2:24-cv-00107-KS-BWR

Date: August 20, 2025

## CERTIFICATE OF SERVICE

Pursuant to FRCP 11 and 37(b), Local Uniform Civil Rules For Mississippi 83.1 I, Latasha Hill, certify that on August 20, 2025, I will serve this Plaintiff's Emergency Motion For Sanctions and to Hold Defense Counsel in Contempt on Priscilla K. Williams via email pkwilliams@csattorneys.com and pkw@csattorneys.com.

Method of service: [X] Email
Priscilla K. Williams
CHRISTIAN & SMALL, LLP
505 20th St. North, Suite 1800
Birmingham, Alabama 35203
205-795-6588
pkwilliams@csattorneys.com

By:___/s/Latasha Hill__
Latasha Hill
Propria Persona
Sui Juris

Latasha Hill
8 Annie Christie Drive
Hattiesburg, Mississippi 39401
601-202-3262
Case: 2:24-cv-00107-KS-BWR