SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 20 2025

BY ARTHUR JOHNSTON
          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**Latasha Hill,**
Plaintiff,
v.
**AUTO CLUB FAMILY INSURANCE COMPANY**
Defendant

CASE NO.: 2:24-cv-00107-KS-BWR
August 20, 2025

### PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER

COMES NOW Plaintiff, Latasha Hill, pursuant to Fed. R. Civ. P. 26(c) and the Court's inherent authority, and respectfully moves for an Emergency Protective Order to safeguard her privacy and prevent further violations.

## SUPPORTING FACTS

1. Plaintiff previously obtained an Order sealing sensitive photographs (July 17, 2025).
2. Defense counsel violated that Order by re-filing those same materials on August 18, 2025.
3. Plaintiff and her children now face imminent risk of harassment, doxxing, identity theft, stalking, and irreparable privacy invasion.
4. Good cause exists under Rule 26(c) for a Protective Order, as disclosure of private materials will cause "annoyance, embarrassment, oppression, or undue burden."

## REQUESTED RELIEF

Plaintiff respectfully requests that this Court:

a. Issue a Protective Order strictly prohibiting Defendant, defense counsel, and their agents from re-filing or disseminating sealed photographs;

b. Require that all future filings of exhibits containing Plaintiff's home, bedroom, or children be submitted only under seal with advance notice to Plaintiff;

c. Impose restrictions on defense counsel's handling of confidential evidence;

d. Warn that further violations will result in immediate contempt findings, monetary fines, and case-dispositive sanctions;

e. Provide any other relief necessary to protect Plaintiff's rights and safety.

i declare under the penalty of bearing false witness before God recognized under the laws in and for the Mississippi state, the laws of The united States of America, acting with sincere intent, do hereby certify and state that the foregoing contents are true and not intended to mislead anyone, and that i, Latasha Hill execute this document in accordance with my best knowledge and understanding without dishonor, without recourse, with All Rights Reserved, and Without Prejudice. I reiterate this Plaintiff Latasha Hill proceeds in Good Faith, Without Dishonor, and All Rights Reserved under UCC 1-308, Without Prejudice.

Respectfully submitted August 20, 2025

By: *Latasha Hill*
Latasha Hill
Without Prejudice
UCC 1-308

Latasha Hill
8 Annie Christie Drive
Hattiesburg, MS 39401
latashahill30047@yahoo.com
601-202-3262
Case: 2:24-cv-00107-KS-BWR